UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.,*<br><br>       Plaintiffs,<br><br>   v.<br><br>QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.,*<br><br>       Defendants. | No. 1:20-cv-849 |

**CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 65.1(a)**

Pursuant to Local Rule 65.1(a), the undersigned counsel for Plaintiffs hereby certifies as follows:

(1) Copies of all pleadings and papers filed in this action to date, or to be presented to the Court at the hearing on the application for a Temporary Restraining Order, have been delivered to Defendants by email addressed to Fernando Amarillas, Chief of the Equity Section at the Office of the Attorney General for the District of Columbia, at fernando.amarillas@dc.gov, at approximately 3:27 p.m. on March 30, 2020. A copy of the summons and file-stamped papers will be hand-delivered to the Office of the Attorney General (or whomever is designated to receive papers on its behalf during this emergency period, and to the extent that office is accepting paper copies and hand deliveries) promptly after receiving summonses from the Clerk of Court.

(2) Mr. Amarillas has been notified, in the same email, that the time of presenting the application for the temporary restraining order to the Court has not yet been set by the Court; Plaintiffs' counsel will notify him as soon as it is.

(3) Moments after undersigned counsel emailed Mr. Amarillas, undersigned counsel further reached Mr. Amarillas by telephone at his office in order to alert him that he received these papers by email.

March 30, 2020                            Respectfully submitted,

/s/ Scott Michelman
Scott Michelman (D.C. Bar # 1006945)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
*smichelman@acludc.org*