# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **QUINCY BOOTH**, *et al.*, <br><br> **Defendants.** | **Civil Action No. 20-CV-00849 (CKK)** |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as counsel for all defendants in the instant matter.

DATED: March 31, 2020.   Respectfully submitted,

                                              KARL A. RACINE
                                              Attorney General for the District of Columbia

                                              TONI MICHELLE JACKSON
                                              Deputy Attorney General
                                              Public Interest Division

                                              /s/ Fernando Amarillas
                                              FERNANDO AMARILLAS [974858]
                                              Chief, Equity Section

                                              /s/ Andrew J. Saindon
                                              ANDREW J. SAINDON [456987]
                                              Senior Assistant Attorney General
                                              /s/ Micah Bluming
                                              MICAH BLUMING [1618961]
                                              Assistant Attorney General
                                              /s/ Pamela Disney
                                              PAMELA DISNEY [1601225]
                                              Assistant Attorney General
                                              441 Fourth Street, N.W., Suite 630 South
                                              Washington, D.C. 20001
                                              (202) 724-6643

(202) 730-1470 (f)
andy.saindon@dc.gov
micah.bluming@dc.gov
pamela.disney@dc.gov