**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD BANKS, *et al.*,

          *Plaintiffs-Petitioners*

    v.

QUINCY BOOTH, in their official capacity
as Director of the District of Columbia
Department of Corrections, *et al.*,

        *Defendants-Respondents*.

No. 1:20-cv-849 (CKK)

**NOTICE OF FILING**

As discussed at the teleconference held today, Plaintiffs' counsel is filing amended Proposed Orders for both Plaintiffs' Application for Temporary Restraining Order (Docket No. 5) and Plaintiffs' Motion for Preliminary Injunction (Docket No. 6).  Counsel intends that Exhibit A to this Notice replace Docket Number 5-2 (Proposed Order for Temporary Restraining Order), and Exhibit B replace Docket No. 6-2 (Proposed Order for Preliminary Injunction).

This requested form of relief is referenced in Plaintiffs' Complaint (*see* Docket No. 1, at 34-35); the Application for Temporary Restraining Order (*see* Docket No. 5, at 1); the Motion for Preliminary Injunction (Docket No. 6, at 1); and the Memorandum of Law in Support of Their Application for the same (Docket No. 4, at 4).  Plaintiffs' counsel regrets the omission in the Proposed Orders.  Per these amended proposed orders, Plaintiffs request that the Court: "Appoint an expert under Federal Rule of Evidence 706 to make recommendations to the Court regarding how many and which class members to order released so as to ensure that the number of prisoners remaining at the CDF and CTF can be housed consistently with CDC guidance on best practices

to prevent the spread of COVID-19, including the requirement that prisoners be able to maintain six feet of space between them and further order that such recommendations take into account CDC guidance concerning health factors that put individuals at elevated risk of death from COVID-19."

DATED: March 31, 2020          Respectfully submitted,
        Washington, D.C.

                        /s/ Steven Marcus
                        Steven Marcus (D.C. Bar # 1630882)
                        Jonathan Anderson (D.C. Bar # 475306)
                        Jenna Cobb (D.C. Bar # 979506)
                        Public Defender Service for the District of Columbia
                        633 Indiana Avenue N.W.
                        Washington, D.C. 20004
                        Tel. 202-824-2524
                        Fax 202-824-2525
                        *smarcus@pdsdc.org*

                        /s/ Scott Michelman
                        Scott Michelman (D.C. Bar # 1006945)
                        Arthur B. Spitzer (D.C. Bar # 235960)
                        Michael Perloff (D.C. Bar # 1601047)
                        American Civil Liberties Union Foundation
                            of the District of Columbia
                        915 15th Street NW, Second Floor
                        Washington, D.C. 20005
                        Tel. 202-457-0800
                        *smichelman@acludc.org*