# EXHIBIT H



# Fraternal Order of Police

Department of Corrections Labor Committee

711 4TH Street, Northwest
Washington, DC 20001

## FOP/DOC TO HOLD PRESS CONFERENCE*

**8:30 A.M. WEDNESDAY
APRIL 1, 2020**

**PARKING LOT OUTSIDE THE D.C. JAIL
1901 D St SE, Washington, DC 20003**

Members and Shop Stewards of the FOP/DOC Labor Committee
along with their General Counsel, J. Michael Hannon, will speak and answer questions.

FOP/DOC will also be announcing its decision to participate in the
lawsuit brought against the D.C. Jail by the Public Defender Service and the ACLU.

Media unable to attend in person may participate by registering tomorrow with Zoom:

https://zoom.us/webinar/register/WN_8pqgrjgbSxK0zRaQgPz6oA

* In response to the increasing requests for information from the media and citizens.