UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>    Plaintiffs-Petitioners,<br><br>v.<br><br>QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.*,<br><br>    Defendants-Respondents. | No. 1:20-cv-00849 (CKK) |

**DECLARATION OF JEAN JOHNSON**

1. My name is Jean Johnson. I am competent to make this declaration and I make these statements based on personal knowledge.

2. I work as a clerical assistant for the D.C. Department of Corrections (DOC) and have an office in the Correctional Treatment Facility (CTF). I have held this position since May 2019.

3. This March, I reported to work all but three days until March 18, 2020. That evening, after reflecting on the lack of preparedness at the CTF and the way DOC responded to past health emergencies, I realized that I could not go back to the facility. I began using sick leave on March 19, 2020. My sick leave expired on March 26, 2020 and I started on unpaid leave that day. Now that I am not earning income, I am scared about my ability to afford basic necessitates. But I am more afraid of the risks to my life and health that come from continued work at the CTF.

4. DOC does not respond well to medical emergencies in the best of times. On three occasions since December 2019, including two since late January 2020, I saw staff or inmates fall to the ground from heat, exhaustion, or a medical condition and noticed that they did not receive

medical attention for nearly fifteen minutes.

5. The start of the covid-19 crisis did not bring increased urgency. For example, on March 13, I brought a mask to work to protect myself from the virus. A correctional officer told me not to wear the mask because it might scare the inmates. Before I ceased coming to the facility on March 19, I did not see any other staff or inmates wearing masks or protective gowns.

6. I have concerns about the general hygiene at CTF. The building has a strong odor and mold covers many surfaces.

7. The only individuals I have ever seen clean the facility are inmates and I have never seen them receive any training or instruction on how to sanitize effectively. I have never seen an inmate wear a protective mask or a gown when cleaning.

8. DOC officials have made it difficult for me and my colleagues to contribute to social distancing efforts. On March 31, 2020, I asked my supervisor if I could work from home. My supervisor said that DOC "is not a teleworking agency" and that it would not allow employees in my position to work remotely.

9. My duties consist of entering data and organizing optional programs. Although programmatic work requires me to be at the facility, it is my understanding that DOC has cancelled optional programs in light of the covid-19 crisis. As for the data entry, this work could easily be done from home. It is my understanding that DOC has the technological capacity to allow employees to access administrative systems remotely and has a stockpile of laptops with those systems loaded onto them. If the Department allowed me to borrow such a laptop, or instructed me on how to connect to those systems through my personal computer, I could work from home without any problems.

10. Each time staff members enter the facility, they may bring traces of the virus inside. Those

particles will spread easily. For example, staff members must place their bare hands on a biometric scanner to clock in when they start work. Walking through corridors often requires passing through a set of secure doors. When staff members pass through one door, they must press a button and wait for a central control to open the second, they often stand in small groups in a narrow space, with little distance between them. Similarly, inmates and staff can only move through individual housing units via three elevators (the staircases are locked), and each elevator is no larger than a queen-sized bed.

11. These and similar features of the facility make it easy to for the virus to spread from person to person and makes DOC's refusal to allow more employees to work from home deeply disturbing.

I, Michael Perloff, certify that I have read the foregoing to Ms. Johnson and that she affirmed that the foregoing is true and correct on April 3, 2020.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2020              */s/ Michael Perloff*
                                                Michael Perloff
                                               American Civil Liberties Union Foundation
                                                 of the District of Columbia
                                              915 15th Street NW, 2nd Floor
                                              Washington, D.C. 20005