UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>      Plaintiffs-Petitioners,<br><br>v.<br><br>QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.*,<br><br>      Defendants-Respondents. | No. 1:20-cv-00849 (CKK) |

**NOTICE OF ERRATA FILING**

Upon reviewing Plaintiffs' Reply Brief in Support of Application for Temporary Restraining Order and accompanying exhibits, Plaintiffs' counsel noted an error in Mr. Guillory's declaration, Dkt. No. 26-2. Paragraph 16 of Mr. Guillory's declaration reads: "There are masks on our unit for residents." Pursuant to the attached declaration of Attorney Amy Phillips, who worked with Mr. Guillory in preparing his declaration, that paragraph contains a typographical error, and should read "There are <u>no</u> masks available on our unit for residents," which is consistent with Mr. Guillory's statement in paragraph two of his declaration: "My unit has no masks available." Plaintiffs' counsel regrets the error.

DATED:  April 5, 2020
           Washington, D.C.        Respectfully submitted,

                                        /s/ Steven Marcus
                                      Steven Marcus (D.C. Bar # 1630882)
                                      Jonathan Anderson (D.C. Bar # 475306)
                                      Jenna Cobb (D.C. Bar # 979506)
                                      Public Defender Service for the District of Columbia
                                      633 Indiana Avenue N.W.
                                      Washington, D.C. 20004
                                      Tel. 202-824-2524
                                      Fax 202-824-2525
                                      *smarcus@pdsdc.org*

      /s/ Scott Michelman
Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
Michael Perloff (D.C. Bar # 1601047)
American Civil Liberties Union Foundation
     of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
*smichelman@acludc.org*