1

# DECLARATION OF James Guillory

I, James Guillory, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. My name is James Guillory JR. I am 19 years old. I am currently incarcerated at Correctional Treatment Facility in Washington, D.C., in the D2A unit. I have been at this facility since August 12, 2019.

*James Guillory*
4/4/20

2. When I was brought down for this legal visit from my unit, an officer told me I should cover my face. I asked what I should use. My unit has no masks available. Inmates have never had access to masks. The CO gave me a paper towel and told me I could use it as a mask.

3. Inmates do not have access to hand sanitizer. For the last 2 weeks, we have been told that if we use the sanitizer dispensers on the unit we will get in trouble.

4. For the last few days, there have only been announcements to clean the units every 3-4 hours. Inmates are supposed to clean when they hear the announcement. The person assigned to clean my unit only cleans when he is hoping to get out of lockdown. No one confirms whether he has cleaned.

5. I and some of the other guys clean when the assigned person doesn't. No one checks.

6. I have never seen professional cleaners come to clean the unit.

James Guillory
4/4/20

7. I have only ever seen the COs clean their own desk, not anywhere else on the unit.

8. I get a tablet to do schoolwork that has been used by other inmates. It is not cleaned or sanitized between uses.

9. I put in a sick call slip 3 weeks ago, on a weekday. It took 2 weeks to get seen by sick call. I did not get taken to the infirmary.

10. I have chronic bronchitis. Medical has not evaluated my breathing or my coughing since we first heard about coronavirus.

11. No one from medical has ever met with us to discuss coronavirus.

12. COs advise us to wash our hands every day.

13. Everything I know about social distancing or the dangers of being around other people is what I saw on TV news.

*signature*
4/4/

14. No one from DOC has ever told us about social distancing. There are no signs about social distancing. We have to stay in our cells. A lot of people on other units have cellmates.

15. The only signs on the walls talk about washing hands and coughing into your elbow.

16. There are no signs up or announcements made to know what the symptoms of coronavirus are. I learned the symptoms from a part of my biology homework at Georgetown Prism Scholars. We were learning about coronavirus before it arrived in the United States.

17. I hear people on my unit coughing. Some people are sick. Sick call does not examine them and they are not sent to medical.

18. Some of the staff have masks and paper suits that they bring from home. There are no masks on our unit for residents.

James Guillory
4/4/20

19. Toilet paper we get free access to. I get soap from commissary. No DOC staff has ever offered me soap. I do not know how I would get soap if I needed it.

20. ~~Thursd~~ Thursday, 2 days ago, I asked for a rag to clean my cell. We were told to clean our cells for room inspection. The CO told me there were no rags either on our unit or in the supply closet, which is kept locked. I ended up using an old ripped up rag. The rag looked ~~clean~~ stained and not clean.

21. There is no sink in my cell. There is no soap provided at the unit sinks. People share their personal soap so that we can have soap at the sinks.

22. No one is telling us how many people have coronavirus. I believe based on what other inmates have told me that coronavirus patients are housed in many different units including medical, SMU-B, and the C building.

James Guillory
4/4/20

23. Our food is delivered on trays from CDF. The lady who brings our lunches does not wear gloves. I am afraid to drink the juice in case there are germs.

24. When COs sneeze or have bad coughs, no one questions them about their symptoms or takes them off our unit.

25. I feel worried. I believe I will get coronavirus because of the conditions in here. The precautions being taken are too late and are not effective. I am worried that if I get coronavirus in here I will die. I could put in a medical request if I get sick with coronavirus and by the time anyone comes to check on my symptoms I could be dead.

26. The food they bring us from the jail is cold and the milk is spoiled and not kept on ice. I am afraid that if I drink the milk I will get sick. I am hungry because I am afraid to eat all of the food. The food tastes spoiled.

James Guillory
3/4/20

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on the ___4th___ day of April 2020, in Washington, D.C.

*James Guillory*

James Guillory JR.

~~Central Detention Facility~~
~~1901 D St. SE~~
~~Washington, DC 20003~~

Correctional Treatment Facility
1901 E Street SE
Washington, DC 20003