**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| EDWARD BANKS, *et al.*, | : | |
| | : | |
| Plaintiffs-Petitioners, | : | |
| | : | |
| v. | : | No. 1:20-cv-849 |
| | : | |
| QUINCY BOOTH, *et al.*, | : | |
| | : | |
| Defendants-Respondents. | : | |

**SUPPLEMENTAL DECLARATION OF J. MICHAEL HANNON, ESQ.**

On this 6th day of April, 2020, I, J. Michael Hannon, Esq., do hereby declare:

1.      This supplemental declaration is based on my personal conversations with officers of the FOP/DOC Labor Committee since April 2, 2020.  My observations regarding the provision of medical services to inmates at DOC is based on my experience as general counsel for the FOP/DOC Labor Committee since 2006.

2.      Corrections officers at the Jail continue to work without Personal Protective Equipment, to include masks, even though the CDC on April 3, 2020, recommended all persons wear masks when out in public.  Although the DOC has represented to the Court that corrections officers are provided face masks, the inventory of PPE filed by DOC with the Court shows there are no masks in its inventory.  (Exhibit A, attached).  We have confirmed that, with a few exceptions for officers working in the quarantine unit, faces masks are not provided to corrections officers.  Those that are provided are kept under lock and key by supervisory officers.

3.      On the other hand, at her press conference on April 3, 2020, the Mayor reported that the City has an inventory of PPE designated for "first responders" (including DOC)

consisting of 34,060 face masks, 58,650 pairs of gloves, and 10,346 gowns.   (Exhibit B at 9).
No explanation is given by DOC or the Mayor as to why this PPE is not being provided to the
corrections officers.

4.       On April 2, 2020, HANNON LAW GROUP notified the DOC and its attorneys
with the Office of the Attorney General that HLG had located a supplier of PPE in Virginia
which reports an inventory of PPE available on April 7 of: 23.7 million bottles of hand sanitizer,
50 million surgical masks, 100 million pairs of gloves, 11 million N95 respirators, and 50 million
surgical masks. (Exhibit C).  The next day, DOC indicated the information was being forwarded
to the Office of Contracts and Procurement's vendor vetting team.  No further information has
been provided as of the date of this declaration whether this supply has been confirmed or
ordered.

5.       On the morning of April 3, 2020, the DOC announced that inmates will be placed
on a modified "lockdown" schedule, with limited time out of their cells.  In addition, the DOC
for the first time is requiring distancing among inmates in the Jail.  (Exhibit D).

6.       Also on April 3, 2020, DOC Director Quincy Booth ordered that all DOC
corrections officers shall begin 12-hour shifts on Sunday, April 5, 2020.  (Exhibit E).  During the
evening shift on April 5, 2020, the D.C. Jail was understaffed by corrections officers.  In the
CTF, only one officer was present on each Housing Unit.  In CDF, only two officers were
present in each Housing Unit.  Some officers had to work a second shift because no one relieved
them.

2

7.      On April 3, 2020, at 7:33 p.m., the DOC finally sent a response to HANNON LAW GROUP'S March 19, 2020, request for information.  (Exhibit F).  A review of this letter confirms that DOC does not provide masks and gloves to DOC officers unless they are on a quarantine or COVID positive unit.  The contracted cleaning services are only provided in "roll call room, ODRs, locker rooms, and elevators, as well as facilities entrances and the Inmate Reception Center."  (Exhibit F at 2).  Cleaning on Housing Units continues to be the responsibility of inmates.

8.      The Shift Report for Shift 2 on April 5, 2020, for the CDT covers the time period of 7:30 a.m. to 4:00 p.m.  (Exhibit G).  The full complement for this shift is 160 officers.  Only 74 scheduled officers were available to work.  18 officers were "drafted" to work compulsory overtime, and 15 officers volunteered to work overtime.  The total shortfall of officers for this shift was 53.

9.      The Log for Shift 2 on April 5, 2020, for CDT notes that at 11:00 a.m. "COVID 19 Sanitation Team Enters the Facility for Cleaning."  Then the Log notes at 11:41 a.m. "COVID 19 Sanitation Team Exits the Facility at this Time."  (Exhibit G).  No other entries indicate any outside sanitization team entering the CDT.

FURTHER AFFIANT SAYETH NOT:

I HEREBY SWEAR under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____ *s/ J. Michael Hannon*

Dated: April 6, 2020

Respectfully submitted,

HANNON LAW GROUP, LLP

*/s/J. Michael Hannon*
J. Michael Hannon, #352526
333 8th Street, NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
*Attorneys for Fraternal Order of*
*Police/Department of Corrections Labor*
*Committee*

4