

Ann-Kathryn So <akso@hannonlawgroup.com>

## Fwd: Notification to FOP
1 message

**Olubasusi, Benjamin R. (DOC)** <benjamin.olubasusi@dc.gov>  Fri, Apr 3, 2020 at 8:36 PM
To: Ann-Kathryn So <akso@hannonlawgroup.com>, "J. Michael Hannon" <jhannon@hannonlawgroup.com>
Cc: "Johnson, Jannease (DOC)" <jannease.johnson@dc.gov>

Please read immediately

---

**From:** Johnson, Paulette (DOC) <paulette.johnson@dc.gov>
**Sent:** Friday, April 3, 2020, 7:11 PM
**To:** Olubasusi, Benjamin R. (DOC)
**Subject:** Fwd: Notification to FOP

Hello Chairman Olubasusi, This is an official notification to the DOC Fraternal Order of Police Union of the below important information.

Sent from my iPhone

1) Effective at 12:01 am we are adjusting to a medical stay in place (essentially lockdown) for inmates.

2) Effective April 5-6, we are transitioning to a 12hr shift, this evening we are disseminating the revised schedules to staff

3) The Official Time for the FOP Executive Board members and Chief Shop Stewards, will no longer be authorized during the DC State of Emergency

4) This is an advance notice that there will be forthcoming emergency and essential designation of Case Managers

Thank you and best regards, Paulette Hutchings Johnson, Labor Relations Liaison

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.