UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.*,<br><br>    Defendants. | No. 1:20-cv-849 (CKK) |

**NOTICE REGARDING ADDITIONAL COVID-19 CASES IN DOC CUSTODY**

  Plaintiffs file this notice to update the Court with the latest information about the number of positive COVID-19 tests among people in Defendants' facilities.

  According to information shared by the Department of Corrections, as of April 6, 2020, at 1:12 PM, 20 DOC residents have tested positive for COVID-19, and an additional 14 residents were recently tested.

  In the week since Plaintiffs filed their Complaint, the number of reported positive cases has quadrupled from five (*see* Dkt. No. 1, at ¶ 1), to 20.

DATED: April 6, 2020    Respectfully submitted,
     Washington, D.C.

                /s/ *Steven Marcus*
                Steven Marcus (D.C. Bar # 1630882)
                Jonathan Anderson (D.C. Bar # 475306)
                Jenna Cobb (D.C. Bar # 979506)
                Public Defender Service for the District of Columbia
                633 Indiana Avenue N.W.
                Washington, D.C. 20004
                Tel. 202-824-2524

Privileged & Confidential – Attorney Work Product – DRAFT

Fax 202-824-2525
*smarcus@pdsdc.org*

Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
Michael Perloff (D.C. Bar # 1601047)
American Civil Liberties Union Foundation
  of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
*smichelman@acludc.org*

Counsel for Plaintiffs-Petitioners