# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**QUINCY BOOTH**, *et al.*,<br><br>Defendants. | Civil Action No. 20-00849 (CKK) |

## ORDER

Upon consideration of defendants' [40] Consent Motion for Leave to File Under Seal, plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the defendants may file their exhibit, the Department of Corrections' revised Emergency Plan – Coronavirus (COVID-19), No. 20-004, under seal.

**SO ORDERED**.

Dated: April 14, 2020                                  _____/S/_____
                                                                        THE HONORABLE COLLEEN KOLLAR-KOTELLY
                                                                        Judge, United States District Court for the District of Columbia