UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**QUINCY BOOTH***, et al.*,<br><br>Defendants. | Civil Action No. 20-00849 (CKK) |

## NOTICE OF FILING

Defendants file this notice to inform the Court that today, April 14, 2020, the Honorable Juliet J. McKenna, Presiding Judge of the Criminal Division of the Superior Court of the District of Columbia, issued an Order (copy attached) in *In re Sentenced Misdemeanants*, No. 2020 CNC 000120, holding that "the Public Defender Service's Emergency Motion for Order to Show Cause Why Persons Serving Misdemeanor Sentences at the Department of Corrections Central Detention Facility and Correctional Treatment Facility Should Not Be Released is DENIED AS MOOT[.]" Order at 2. The Superior Court noted:

> At the time of PDS' initial filing two weeks ago, the Department of Corrections reported 94 individuals at the D.C. Jail serving misdemeanor sentences. As of today, that number has been reduced to nine individuals, with one additional individual completing a sentence at Fairview Halfway House; a reduction of almost 90%.

*Id*. at 1.


Dated:  April 14, 2020.            Respectfully submitted,

                                                      KARL A. RACINE
                                                      Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov
micah.bluming@dc.gov
pamela.disney@dc.gov