# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**QUINCY BOOTH**, *et al.*,<br><br>*Defendants*. | **Civil Action No. 20-0849 (CKK)** |

## THE DISTRICT OF COLUMBIA'S NOTICE
## IN RESPONSE TO THE COURT'S APRIL 15, 2020 ORDER

Pursuant to the Court's April 15, 2020 Order, the District of Columbia Department of Corrections (DOC) submits this Notice, updating the Court on steps that residents in the agency's custody and their attorneys of record can take to make confidential legal calls. DOC's legal call policies provide its residents with the ability to have legal calls with their attorneys while allowing the agency to continue with its COVID-19 prevention measures.

As part of its ongoing efforts to prevent the spread of COVID-19 in its facilities and in compliance with Centers for Disease Control guidelines, DOC has limited visitation to its facilities, and reduced its residents' off-unit time and out-of-cell time to an hour each day. However, acknowledging the rights of its residents to communicate with their attorneys, DOC implemented the following policies for legal calls:

1.  DOC entered into an agreement with its telephone service providers to provide each resident housed in its facilities a free, unmonitored and unrecorded 30-minute telephone call to the registered telephone number of his/her attorney each day.

2. DOC's residents' attorneys register their telephone numbers with DOC's telephone system by providing DOC their contact information.

3. Once DOC receives the attorneys' contact information, it is entered into DOC's telephone system and all calls to the attorneys' numbers from their clients are free, unmonitored and unrecorded.

4. DOC's residents are notified when their attorneys' contact information is registered in the telephone system so they may contact their attorneys during their daily one hour out-of-cell time.

5. Under DOC's evolving COVID-19 response policy, only a maximum of nine residents (six out-of-cell residents and two to three cleaning detail members) are allowed out of their cell at a time in each of DOC's housing units.

6. DOC is in regular communication with the Public Defender Service for the District of Columbia (PDS) and the Federal Public Defender for the District of Columbia (FPD) to obtain the contact information of attorneys from both agencies who represent DOC residents. The contact information of these attorneys has been entered into DOC's telephone system.

7. Also, both PDS and FPD agreed to send letters to their clients in DOC custody with the names and telephone numbers of their attorneys so their clients may contact their attorneys during their out-of-cell time.

8. DOC's case managers also regularly work with the telephone service providers to ensure the contact information of private attorneys and legal entities that represent DOC's residents are entered into the telephone system, as it is received, so that attorneys may participate in legal calls with their clients.

9. Additionally, DOC's case managers and operations staff facilitate emergency legal calls between DOC residents and their attorneys. Specifically, if an attorney contacts DOC and requests an emergency legal call with their client, DOC's case management and operation staff work with the attorney to schedule the legal call.

10. As part of its efforts to better facilitate emergency legal calls, DOC has entered into an agreement with PDS and FPD. Each Monday through Friday, by 5:00 p.m., PDS and the FPD each email DOC a list of up to twenty residents whose attorneys need to speak with them the following business day. The next business day, DOC's case management and operation staff coordinate legal calls between the residents on the lists and their attorneys.

11. Recently, DOC developed an email address which will be posted on its website, DCDOClegalcalllist@dc.gov, where private attorneys and legal entities can forward their contact information to DOC and submit requests for emergency legal calls with their clients.

12. This email account is checked by DOC staff regularly and attorney contact information is entered into DOC's telephone system. Also, all requests for legal calls are followed by a telephone call or an email by DOC staff to the attorney to coordinate those legal calls.

13. Additionally, DOC will begin posting signage throughout its facilities and make announcements over its public announcement system reminding its residents that legal calls are unmonitored.

14. Unfortunately, because of staffing shortages, particularly amongst its case managers, DOC's residents' legal calls are primarily conducted in housing units during residents' one hour out-of-cell time. However, to ensure that the resident's legal calls are confidential, DOC separates the residents during their call as much as possible consistent with required social

distancing, and will examine the potential of staggering residents' legal calls to the extent it does not affect their out-of-cell time.

15. Also, DOC is examining limiting the number of residents out of their cells for legal calls and extending over-time for its case management and operation staff, hiring additional case managers and recruiting volunteers from other agency divisions to assist with escorting residents to secured areas of the facilities for legal calls.

16. COVID-19-positive residents at DOC are housed in insolation. For their safety and the safety of DOC staff, these residents' out-of-cell time is limited. However, to ensure that these residents are allowed their free 30-minute legal calls and access to emergency calls from their attorneys, DOC has placed mobile telephone carts in several of the isolation units which allow residents housed in isolation to make legal calls from their cells. These phones are sanitized after each use. DOC has also ordered additional mobile telephone carts for those isolation units that do not currently have them.

17. Finally, DOC has over 300 tablets for its residents (for educational and entertainment purposes) and is considering acquiring more and is investigating having cellular service capability added to the tablets so that its residents can contact their attorneys using those tablets.

Dated:  April 20, 2020.            Respectfully submitted,

　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON
　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　/s/ Fernando Amarillas
　　　　　　　　　　　　　　　　FERNANDO AMARILLAS [974858]
　　　　　　　　　　　　　　　　Chief, Equity Section

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov
micah.bluming@dc.gov
pamela.disney@dc.gov

*Counsel for Defendants*