# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **QUINCY BOOTH**, *et al.*, <br><br> *Defendants*. | **Civil Action No. 20-0849 (CKK)** |

## DEFENDANTS' NOTICE OF FILING
## IN RESPONSE TO THE COURT'S INQUIRY ON APRIL 15, 2020

Pursuant to the Court's April 15, 2020 inquiry regarding the status of the persons listed as "parole violators" in Department of Corrections' records, the Office of the Attorney General for the District of Columbia (OAG) requested that information from the United States Parole Commission (USPC) during the scheduled conference call of the Criminal Justice Coordinating Committee on Friday, April 17, 2020. The USPC's response is attached.

Dated: April 24, 2020.        Respectfully submitted,

                                        KARL A. RACINE
                                        Attorney General for the District of Columbia

                                        TONI MICHELLE JACKSON
                                        Deputy Attorney General
                                        Public Interest Division

                                        /s/ Fernando Amarillas
                                        FERNANDO AMARILLAS [974858]
                                        Chief, Equity Section

                                        /s/ Andrew J. Saindon
                                        ANDREW J. SAINDON [456987]
                                        Senior Assistant Attorney General
                                        MICAH BLUMING [1618961]
                                        PAMELA DISNEY [1601225]

Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov
micah.bluming@dc.gov
pamela.disney@dc.gov

*Counsel for Defendants*