UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD BANKS, *et al.*,

    Plaintiffs-Petitioners,

v.

QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.*,

    Defendants-Respondents.

No. 1:20-cv-00849 (CKK)

**NOTICE OF ERRATA FILING**

Upon reviewing her declaration, Dkt. No. 24-1, Doreen Deterville identified an error and requested that Plaintiff's counsel correct it to ensure the full accuracy of her statement. Paragraph 11 of the declaration states that on "March 24, DOC made an announcement through its loudspeaker system instructing staff to meet with Dr. Sabain if they wished to learn more about PPE." In fact, the DOC announcement referred staff to meet with Sharon Hargrove, a DOC training instructor. Ms. Deterville met with Ms. Hargrove. Separately, on March 23, Ms. Deterville met with Dr. Sabain to collect a mask, pair of gloves, and bottle of cleaning solution, as noted in ¶ 12 of the declaration. Plaintiff's counsel regrets the error.

Dated: May 1, 2020

Respectfully submitted,

*/s/ Michael Perloff*

Michael Perloff (D.C. Bar # 1601047)
Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
American Civil Liberties Union Foundation
   of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005

Tel. 202-457-0800
*mperloff@acludc.org*

*/s/ Steven Marcus*
Steven Marcus (D.C. Bar # 1630882)
Jonathan Anderson (D.C. Bar # 475306)
Jenna Cobb (D.C. Bar # 979506)
Public Defender Service for the District of
    Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
        Tel. 202-824-2524
        Fax 202-824-2525
        smarcus@pdsdc.org

2