# EXHIBIT 29

**DECLARATION OF VINCENT SCHIRALDI**

On this 14th day of May, 2020, I hereby declare:

1. My name is Vincent Schiraldi.  From 2005 to 2010, I was Director of the District of Columbia's executive branch juvenile justice agency, the Department of Youth Rehabilitation Services ("DYRS").  During that time, I closed the District's antiquated 208-bed youth correctional facility, the Oak Hill Youth Detention Center, and opened and ran two replacement facilities – the Youth Services Center, an 88-bed detention facility, and the New Beginnings Youth Development Center, a 60-bed commitment facility.  During my tenure there, we closed our solitary unit entirely and moved toward an approach modeled after the one used in the state of Missouri and favoring the use of rigorous programming, improved staff to youth ratios, de-escalation and youth development training and, when a youth was a danger to staff or other youth, short-term "timeouts." We also rewrote our mechanical restraints policy to reduce the use of mechanical restraints. The Department did not use pepper spray at all for youth in our care. We also created "D.C. YouthLink" a continuum of regionally-based community-run services, supports and opportunities for youth in DYRS care, which helped reduce unnecessary confinement of youth in Oak Hill/New Beginnings.

2. From 2010 to 2014, I was Commissioner of New York City's Department of Probation which supervised approximately 30,000 adults and juveniles sentenced to probation by the city's courts. During my tenure, we safely reduced probation revocations by 45% and increased early discharges from probation more than five-fold. From 2014 to 2015, I was a Senior Advisor to the New York City Mayor's Office of Criminal Justice. One of my duties at the Mayor's Office was to work with the New York City Department of Correction, which had recently been sued by the U.S. Department of Justice, to improve conditions for youth ages 16 and 17 in the juvenile unit on Rikers Island.  The city

1

expanded programming, trained staff in de-escalation techniques, improved staff-to-youth ratios and eliminated the use of punitive segregation on the juvenile unit.

3. During my time as Director of DYRS, I was a member of, and Regional Coordinator for, the Council of Juvenile Correctional Administrators ("CJCA"), a national membership association comprised of directors or administrators of statewide and county juvenile justice agencies. I was also a member of the Juvenile Justice Leadership Network at Georgetown University where I also served as a lecturer.

4. During my tenure as New York City Probation Commissioner, I was a member of both the New York State Council of Probation Administrators and the American Probation and Parole Association, and I am currently a member of the latter. Both of these associations dealt with best practices and standards for the treatment of court-involved young people, among other things.

5. Since my co-founding of the Columbia Justice Lab, I have established two separate associations of correctional administrators – Executives Transforming Probation and Parole (exitprobationparole.org) and Youth Correctional Leaders for Justice (YCLJ.org). EXiT convenes 85 current and former probation and parole executives, including several from Washington, D.C., seeking to safely and effectively reduce this size and punitiveness of probation and parole and make them more hopeful and helpful. In YCLJ, over 50 current and former youth correctional administrators, including several from Washington, D.C., seek to replace the youth prison model with a more effective approach to youth justice including community programs and supports and small, rehabilitative locked facilities for the few youth who need to be securely placed.

6. Previously, I was founder and executive director of the Center on Juvenile and Criminal Justice from 1991 to 2002 and founder and executive director of the Justice Policy Institute from 2002 to 2005. In both of those positions, I provided technical assistance

for criminal and juvenile justice systems through government and foundation funding.

7. I started my professional career as a line staff/houseparent working for New York State's juvenile correctional agency, the Division for Youth, from 1980-1982. I also served as a foster parent for a delinquent youth in 1989 through the San Francisco Department of Social Services.

8. I am currently the co-founder and co-director of the Columbia University Justice Lab and a Senior Research Scientist at the Columbia School of Social Work.  I was previously a Senior Research Fellow directing the Harvard Kennedy School's Program in Criminal Justice Policy and Management ("PCJ"). I have also been an adjunct lecturer teaching graduate and undergraduate courses in juvenile justice at New York University's Wagner School of Public Administration and Silver School of Social Work and at San Francisco State University.  I have additionally co-edited a book entitled *Reforming Juvenile Justice.* I have published over 40 articles and book chapters pertaining to criminal and juvenile justice during my 40-year career in the justice field.

9. I have testified before the United States Congress and to legislative and administrative bodies in the District of Columbia and numerous states about criminal and juvenile justice matters.

10. I was appointed to the California Blue Ribbon Commission on Inmate Population Management from 1988 to 1990 and was the first President of the San Francisco Juvenile Probation Commission in 1990. As DYRS Director, I was a member of Washington, DC's Criminal Justice Coordinating Council from 2005-2010. I served on Washington, DC's Juvenile Justice Advisory Group (2006-2009) and was a member of the Federal Juvenile Justice Advisory Commission of the Office of Juvenile Justice and Delinquency Prevention (2007-2008). I was also a member of the National Academies of Sciences Committee on Juvenile Justice Reform Implementation from 2013 to 2014 that

3

produced the book *Implementing Juvenile Justice Reform: The Federal Role*.

11. I have a Bachelor's Degree in Social Psychology from the State University of New York at Binghamton and a Master's of Social Work from New York University.  I have attached a true and correct copy of my Curriculum Vitae to this declaration as Appendix A.

12. Because of my experiences within and knowledge of the District of Columbia criminal justice system as well as other criminal justice systems throughout the country, I have given considerable thought to how the District of Columbia Department of Corrections could downsize the population of the Jail (and the Correctional Treatment Facility) on an emergency basis to a level where the number of staff and of inmates will allow for the implementation of policies that will stop the spread of COVID-19 and reduce potential infection of staff and inmates.

13. An actual downsizing effort would require more information to which I do not currently have access, but below I set forth a general approach that would be modified based on receipt of more detailed and up-to-date information and consultation with key District of Columbia system stakeholders.

14. Downsizing would focus on two groups: First, pre-trial arrestees and detainees, and, second, people serving sentences.  An expert would work with relevant agencies to create and implement release policies related to both groups in order to reduce the population so that there is (a) more room to allow for generally greater separation of inmates in the jail and, when necessary, medical separation, and (b) fewer inmates to allow the thinning complement of correctional officers and other staff to adequately implement COVID-19 related policies, as well as secure and provide health care and programming for the reduced population.

15. Regarding pre-trial arrestees, persons accused of misdemeanors that do not involve domestic violence or firearms will not be detained at the jail, preferably by providing them with

4

summonses in lieu of arrest.  In the alternative, these individuals will be screened for release

prior to any presentment in court following arrest.  To the extent that policies to this effect

have been established, they should continue.  Those who have already been detained in this

category will be released.

16. Individuals accused of technical violations of supervised release, parole, or probation will not

be detained at the jail.  Those who have already been detained in this category will be

released.

17. A system will be established with the Pretrial Services Agency for the District of Columbia

(PSA) to screen for potential release those accused of misdemeanors involving domestic

violence or firearms, as well as certain felonies.

18. Utilizing the PSA's risk assessments, those scoring low risk shall either be unsupervised or

limited to weekly telephonic reporting because supervising low risk individuals actually

increases recidivism and leads to programmatic failures. Supervising low risk individuals also

diverts limited PSA staff from focusing on higher risk individuals.

19. All releasees will receive regular reminders regarding their court appearances.  It should be

recommended that smart phones capable of receiving electronic reminders be provided to

those who do not already have such devices.

20. Regarding sentenced defendants, those serving sentences for technical violations of

supervised release, parole, or probation shall be released.

21. Persons serving sentences with 120 days or fewer remaining shall be released.

22. Persons with plea agreements where the parties have agreed to probation or a sentence that

would result in 120 days or fewer of additional incarceration will be released.

23. Persons eligible for home confinement, work release, or other forms of furlough shall be

released.

24. It should be recommended that assistance programs be established with D.C. government entities and local non-profit organizations for those who will be released.  Individuals should be interviewed prior to release and provided with individualized voluntary assistance to help them with transportation, connect them with local and federal income supports and programs, and to provide other case management supports.  For those without a verified address, the District should provide housing resources including, but not limited to, hotels, or through other innovative approaches (for example, the Kinship Reentry program in Manhattan and the Homecoming Project in Oakland).

25. An expert will oversee the implementation of these release mechanisms, monitor outcomes, and report results to the Court on a regular basis.

26. The expert and staff will also monitor all medically vulnerable populations for release who did not meet the criteria under any of the other mechanisms.  The expert would provide weekly monitoring reports and recommendations for these individuals.

27. The expert would also work to identify individuals held on detainers from other jurisdictions to ensure swift transfer or release.  The expert will work with the Federal Bureau of Prisons (BOP) regarding individuals who have been sentenced and are awaiting transfer to BOP custody.  The expert would also work with BOP regarding those individuals serving sentences who are eligible for home confinement or placement into Residential Reentry Centers.

28. The expert will need daily updates regarding the entire Department of Corrections' inmate population and categories of inmates (for example pre-trial, pending sentencing, sentenced, parole violation, etc.).  The expert will also need risk level assessments, length of time remaining on sentence, information regarding inmates with medical issues that increase risk to COVID-19, information regarding inmates with mental health issues, etc.

29. The data will inform the development and implementation of the release policies.

30. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2020.

Vincent Schiraldi
46 S 2nd Street
Brooklyn, NY 11249

**EXHIBIT A**

# Vincent N. Schiraldi, MSW

46 S. 2nd St., Brooklyn, NY 11249
vs2637@columbia.edu
347-559-3699

## Academic and Nonprofit Experience

**Columbia University School of Social Work**
**Co-director, Columbia University Justice Lab**
**Senior Research Scientist/Adjunct Professor, 2017 - Present**
Co-founded the Justice Lab at Columbia University (with Sociologist Bruce Western) devoted to reducing society's reliance on the criminal justice system as a solution to social problems through research, writing, teaching, and convening scholars, practitioners, policy makers, advocates and formerly incarcerated people. Projects include reducing the footprint and negative impact of community corrections, eliminating youth prisons, and creating a developmentally appropriate response to offending by young adults.

**Harvard University, Kennedy School of Government**
**Program in Criminal Justice Policy and Management**
**Senior Research Fellow, 2015 – 2017**
Jointly with Academic Chair Bruce Western, directed the Program in Criminal Justice Policy and Management for one of the nation's premier government academic institutions, the John F. Kennedy School of Government. Areas of focus included Community Corrections, Mass Incarceration, Young Adult Justice, and Juvenile Justice. Program has approximately doubled in size and budget during my tenure.  Recently hosted a series of independent studies and a reading group on young adult justice with graduate students from the Kennedy School, Law School, and School of Education. Co-taught a graduate course in the Harvard Law School on mass incarceration that was cross-listed in Law, Sociology, and at the Kennedy School.

**Justice Policy Institute**
**Founder and Executive Director, Washington, DC** – 2002 - 2005
Established and directed a progressive research, public policy, and advocacy organization devoted to reducing society's reliance on incarceration as a solution to social problems. Research and advocacy focused on, among other topics, racial disparities in America's incarceration rate, the tradeoff between funding prisons and higher education, the destructive impact of incarcerating juveniles in adult facilities, the failure of "Three Strikes" laws, media coverage of crime, and approaches to reducing mass incarceration. JPI consistently ranked among the top most frequently quoted think tanks in the United States during my tenure. In addition to national research on the impact of mass incarceration, JPI worked collaboratively on criminal/juvenile justice campaigns at the Federal level and in Alabama, California, Illinois, Louisiana, Maryland and Texas.

**Center on Juvenile and Criminal Justice (CJCJ)**
**Founder and Executive Director, Washington, DC and San Francisco, California**
**1991 - 2002**

Established an innovative private, non-profit criminal/juvenile justice agency that developed alternatives to incarceration, advocated against the mass incarceration of adults and juveniles, and provided mitigation work in death penalty cases. During my tenure, established offices in Hawaii, Philadelphia, Baltimore, and Oakland, CA, in addition to anchor offices in San Francisco and Washington, DC.

**National Center on Institutions and Alternatives (NCIA)**
- **Western Regional Director, San Francisco, CA 1985 – 1991**
- **Case Developer, New York, NY 1982 - 1985**

Established Western Regional Office of private, non-profit criminal/juvenile justice agency. Grew Western Regional Office from a one-person start-up to a multi-program organization with a reputation for cutting-edge advocacy in opposition to California's prison boom that successfully separated from NCIA as the Center on Juvenile and Criminal Justice in 1991.

# Government Experience

**New York City Mayor's Office of Criminal Justice**
**Senior Advisor, 2014 – 2015**

Appointed by Mayor Bill de Blasio as Senior Advisor to his Office of Criminal Justice. Developed and promoted policies to improve safety, reduce incarceration and increase fairness in New York City's criminal justice system. Specific portfolio included improving school safety while reducing unnecessary school arrests and suspensions; reducing incarceration and improving outcomes for young adults in New York's criminal justice system; reducing the number of adolescents in city jails and improving conditions at Rikers Island; and raising the age of juvenile court jurisdiction to eighteen.

**New York City Department of Probation**
**Commissioner, 2010 – 2014**

As an appointee of Mayor Michael Bloomberg, reformed one of the nation's largest probation departments. Established a substantially less correctional culture for our 1000-staff department that actively supervised 30,000 adults and juveniles. Major accomplishments included passage of watershed "Close to Home" legislation that transferred nearly all of New York City's youth from abusive state facilities to community-based programs and facilities within the five boroughs; making the Department's work more community- and evidence-based through the ground-breaking Neighborhood Opportunity Network (NeON) initiative; and substantially reducing failures-to-report and violations of probation. Probation violations dropped by 45% during my tenure with Department boasting the highest completion rate in the state (80% vs. state average of 65%) and a revocation rate one-third the state average. Also raised $30 million during my tenure to focus rehabilitative resources on young men of color under our Department's supervision.

**District of Columbia Department of Youth Rehabilitation Services (DYRS)**
**Director, 2005 – 2010**

Directed and reformed the District of Columbia's newly created, cabinet-level juvenile justice agency under Mayors Anthony Williams and Adrian Fenty. Inherited an agency in crisis that was morphing into a full-fledged department that had had 20 directors in the previous 19 years which was on the cusp of being placed into court receivership due to

decades of operating in an abusive and unconstitutional manner. Closed the notorious, overcrowded 208-bed Oak Hill Youth Correctional Facility, and replaced it with the state-of-the-art 60-bed New Beginnings Youth Center and 86-bed Youth Services Center. Established a neighborhood based and community-driven continuum of innovative programs. Incarceration and recidivism rates dropped significantly during my tenure. During my tenure, DYRS was named one of the "Top 50" programs by Harvard University's Kennedy School of Government Innovations Awards program and received the A. L. Carlisle award from the Coalition for Juvenile Justice.

**Human Services Agency of San Francisco**
**Foster Parent, 1989**
Foster parent for a seriously emotionally disturbed, delinquent youth for a six-week transitional period following his release from San Francisco's juvenile hall.

**New York State Division for Youth**
**Houseparent/Recreation Coordinator, 1980 - 1982**
Served initially as a live-in house parent to a state-run group home for seven juvenile delinquent boys. Promoted to recreation coordinator of three homes housing 14 girls and 7 boys.

## Additional Experience
**Academic Lecturing**
**Columbia School of Social Work, Fall 2018 and Spring 2020**
**Harvard University Law School, Fall 2016**
**New York University, Silver School of Social Work, Spring 2013**
**New York University, Wagner School of Public Service, Fall 2012**
**Georgetown University, Center for Juvenile Justice Reform, 2009-2013**
**San Francisco State University, 1996**
Taught Masters Level Juvenile and Criminal Justice classes in the Harvard Law School, Columbia School of Social Work, NYU Wagner School of Public Service and Silver School of Social Work. Lectured on leadership in certificate program at Georgetown University, which promotes juvenile justice reform through collaborative efforts with key system stakeholders. Taught an undergraduate course on the history of juvenile justice and juvenile justice reform movements at San Francisco State University.

**Freelance Commentator**
**1985 - Present**
Have published commentary pieces in the *New York Times, Washington Post, New York Daily News, Los Angeles Times, Marshall Project, Baltimore Sun, Christian Science Monitor, San Francisco Chronicle, Miami Herald, Philadelphia Inquirer, San Jose Mercury News, Sacramento Bee, Albany Times-Union, National Law Journal, Marshall Project* and *American City and County,* among others. Regular commentator on Washington, DC's National Public Radio affiliate, WAMU, from 1998 to 2004, *Huffington Post,* from 2015 to 2017, and Crime Report from 2015 to present.

## Boards and Commissions

- **Columbia University Justice Lab**
  **Member, Executive Session on the Future of Justice Policy**
  2018 – present
- **Common Justice**
  Board Member, 2017 – present
- **Stella Adler Studio**
  Board Member, 2017 – present
- **Harvard University, Kennedy School of Government**
  **Member, Executive Session on Community Corrections**
  2013 - 2016
- **National Academy of Sciences**
  **Committee on Juvenile Justice Reform Implementation**
  2013 – 2014
- **New York State Council of Probation Administrators**
  Member, 2010-2014
- **Federal Advisory Commission on Juvenile Justice, Office of Juvenile Justice and Delinquency Prevention**
  Member 2007-2008
- **Council of Juvenile Correctional Administrators**
  Board member and Northeast Regional Coordinator – 2005-2010
- **Washington, DC Blue Ribbon Commission on Youth Safety and Juvenile Justice Reform**
  Advisor, 2001
- **National Criminal Justice Commission, National Center on Institutions and Alternatives, Alexandria, VA**
  Member, 1995 – 1996
- **California Commission on the Status of African American Men**
  Advisor, 1992 - 1996
- **San Francisco City and County, Juvenile Probation Commission**
  President, 1990 - 1991, Commissioner, 1991 - 1992
- **California Blue Ribbon Commission on Inmate Population Management**
  Commissioner, 1988 - 1990

## Training, Technical Assistance, Expert Witness

**Plaintiffs' Expert**
**GH vs. Marstiller, 2019 – present**
Serve as Plaintiffs' expert in successful Federal litigation filed by the Southern Poverty Law Center and Florida Legal Services against the Florida Department of Juvenile Justice for conditions of confinement in youth detention.

**Plaintiffs' Expert**
**McNeil vs. Community Probation Services, LLC, 2019 - present**
Plaintiffs' expert in Federal Litigation filed by Civil Rights Corps against a private, for-profit probation provider in Tennessee.

**Expert Witness**
**Jacksonville, FL Death Penalty Sentencing – 2018 - 2020**
Served as defense witness for Florida vs. James Belcher on subject of the impact of Mr. Belcher's confinement in Rikers Island as a juvenile during the 1970s.

**Plaintiffs' Expert**
**JJ vs. Litscher – 2017 – 2018**
Serve as Plaintiffs' expert in successful Federal litigation filed by the ACLU of Wisconsin and the Juvenile Law Center against the Wisconsin Department of Corrections for conditions of confinement in a boys and girls' youth prison.

**Research Development Associates**
**Los Angeles County Probation Governance Study – 2017– 2018**
Co-principal Investigator on comprehensive evaluation of the Los Angeles County Probation Department. Los Angeles Probation is the nation's largest department with 6,600 staff and a budget of $840 million.

**City University of New York**
**Institute for State and Local Government – 2015- 2017; 2019-present**
Serve as part of an expert panel to evaluate and advise on probation reforms in 10 separate jurisdictions (2019-present).
Served as part of a consulting team assisting the Mayor's Office of Criminal Justice and Manhattan District Attorney Cyrus Vance to develop a model approach to young, court-involved adults in New York City (2015-2017).

**California Leadership Academy**
**2015 – 2016**
Served as a member of a consultant panel designing an innovative correctional facility for young adults incarcerated in the California Department of Corrections and Rehabilitation.

**Cuyahoga County Technical Assistance**
**Annie E. Casey Foundation**
**Cleveland, Ohio (2002-2003)**
Worked as part of a team to analyze Cuyahoga County's (Cleveland), Ohio's use of secure detention and made recommendations for reform as part of the Annie E. Casey Foundation's Juvenile Detention Alternatives Initiative.

**State of Hawaii Youth Correctional Facility Study**
**Hawaii, March - July 1988**

At the request of the Hawaii Department of Corrections, the Hawaii Legislature and ACLU National Prison Project, led a team that recommended a model juvenile correctional system designed to assure public safety while reducing the number of youths incarcerated in secure custody. In 1989, the Hawaii Legislature adopted our recommendations, created the Office of Youth Services and closed the Hawaii Youth Correctional Facility.

**National Institute of Corrections Technical Assistance Reports**
**Sonoma County, California, August 1987**
**Santa Cruz County, California, June 1987**
Through funding from the United States Department of Justice, National Institute of Corrections, researched the programs and policies in place in both counties and advised on potential jail population reduction measures.

# Publications

- Bradner, K & Schiraldi, V. (2020, March). Racial Inequities in New York Parole Supervision. The Justice Lab, Columbia University.
- Chester, Lael, Sussman, M, Carey, N, and Schiraldi, V. (2019, November). Report to Vermont Legislature on Raise the Age (Act 201). The Justice Lab, Columbia University.
- Siringil Perker, S., Chester, L. and Schiraldi, V. (2019, January). Emerging Adult Justice in Illinois: Towards an Age-Appropriate Approach. The Justice Lab, Columbia University.
- Williams, J., Schiraldi, V. & Bradner, K. (2019, January). The Wisconsin Community Corrections Story. The Justice Lab, Columbia University.
- Matthews, S., Schiraldi, V. & Chester, L. (2018, May). Youth Justice in Europe: Experience of Germany, the Netherlands, and Croatia in Providing Developmentally Appropriate Responses to Emerging Adults in the Criminal Justice System, Justice Evaluation Journal.
- Schiraldi, V. (2018, April). The Pennsylvania Community Corrections Story. The Justice Lab, Columbia University.
- Butts, J. & Schiraldi, V. (2018, March). Recidivism Reconsidered: Preserving the Community Justice Mission of Community Corrections. Program in Criminal Justice Policy and Management, Harvard Kennedy School.
- Schiraldi, V., et al. (2018, January). Too Big to Succeed: The Impact of the Growth of Community Corrections and What Should be Done About It. The Justice Lab, Columbia University.
- Schiraldi, V. & Arzu, J. Less is More in New York: An Examination of the Impact of State Parole Violations on Prison and Jail Populations. (2018, January). The Justice Lab, Columbia University.
- National Institute of Justice, Harvard Kennedy School. (2017) *Less Is More: How Reducing Probation Populations Can Improve Outcomes.* Cambridge, MA. M. Jacobson, V. Schiraldi, R. Daly, & E. Hotez.
- Chester, L. & Schiraldi, V. (2016, December). Public Safety and Emerging Adults in Connecticut: Providing Effective and Developmentally Appropriate Responses for Youth Under Age 21. Program in Criminal Justice Policy and Management. Harvard Kennedy School.

- Schiraldi, V. (2016, Oct.). Confessions of a Failed "HOPE-er," *Criminology and Public Policy*, 15(4).
- Greene, J. & Schiraldi, V. (2016, Oct.). Better by Half: The New York City Story of Winning Large Scale Decarceration while Increasing Public Safety, *Federal Sentencing Reporter,* 29(1).
- National Institute of Justice, Harvard Kennedy School. (2016). *The Future of Youth Justice: A Community-Based Alternative to the Youth Prison Model.* Cambridge, MA: P. McCarthy, V. Schiraldi, & M. Shark.
- National Institute of Justice, Harvard Kennedy School. (2016). *Community Justice Response to Young Offenders.* Cambridge, MA: V. Schiraldi, B. Western, & K. Bradner.
- Schiraldi, V. & Western, B. (2015, Fall). Time to Rethink the Age of Adult Court Jurisdiction*, Translational Criminology,* 9-11.
- Schiraldi, V., Schindler M., & Galliday S. (2011). The End of the Reform School?  In F.
- Sherman & F. Jacobs (Eds.), *Juvenile Justice: Advancing Research, Policy, and Practice*.  Hoboken, NJ: Wiley & Sons.
- Justice Policy Institute. (2004, Aug.). *Swing States: Crime, Prisons and the Future of the Nation*. Washington, DC: Schiraldi, V., Lotke, E. & Stromberg, D.
- Justice Policy Institute. (2004, July). *Still Striking Out: Ten Years of California's Three Strikes*. Washington, DC: V. Schiraldi, S. Ehlers & J. Ziedenberg.
- Justice Policy Institute. (2004, June). *Race and Incarceration in Maryland*. Washington, DC: V. Schiraldi & J. Ziedenberg.
- Justice Policy Institute. (2004, Mar.). *Treatment or Incarceration: National and State Findings on the Efficacy and Cost Savings of Drug Treatment Versus Imprisonment,* Washington, DC: V. Schiraldi, D. McVay & J. Ziedenberg.
- Justice Policy Institute. (2003, Nov.). *Cost and Benefits? -The Impact of Drug Imprisonment in New Jersey.* Washington, DC: V. Schiraldi & J. Ziedenberg.
- Justice Policy Institute. (2003, Aug.). *Education & Incarceration.* Washington, DC: V. Schiraldi, B. Western, & J. Ziedenberg.
- Justice Policy Institute. (2003, Apr.). *Returning Adult Offenders in DC -A Road Map to Neighborhood Based Reentry*. Washington, DC: V. Schiraldi, T. Roche, & J. Ziedenberg.
- Justice Policy Institute. (2002, Aug.). *Cellblocks or Classrooms? The Funding of Higher Education and Corrections and Its Impact on African American Men*. Washington, DC: V. Schiraldi & J. Ziedenberg.
- Schiraldi, V. (2002). Prison Population in the United States. In *The Encyclopedia of Crime and Punishment*. (vol. 1). Thousand Oaks, CA: Sage Publications, Inc.
- Annie E. Casey Foundation. (2002). *Workforce and Youth Development – Barriers and Promising Approaches to Workforce and Youth Development for Young Offenders.* Baltimore, MD: V. Schiraldi, D. Brown, S. Maxwell, & E. DeJesus.
- Justice Policy Institute. (2002, Aug.). *Cutting Correctly: Prison Policies in Times of Fiscal Crisis.* Washington, DC: V. Schiraldi, & J. Greene.
- Annie E. Casey Foundation. (2001). *Pathways to Juvenile Detention Reform: Reducing Racial Disparities in Juvenile Detention.* Baltimore, MD: V. Schiraldi, B. V. Smith, E. Hoytt, & J. Ziedenberg.
- Building Blocks for Youth, Youth Law Center. (2001). *Off Balance: Youth, Race and Crime in the News.* Washington, DC: L. Dorfman & V. Schiraldi.
- Schiraldi, V. & Ziedenberg, J. (2001). How Distorted Coverage of Crime Affects Public Policy. In W. Ayers, B. Dohrn, & R. Ayers (Eds.), *Zero Tolerance: Resisting the Drive for Punishment in Our Schools*. New York, NY: The New Press.

- Building Blocks for Youth, Youth Law Center. (2001). *A Tale of Two Jurisdictions: Youth Crime and Detention Rates in Maryland & the District of Columbia.* Washington, DC: V. Schiraldi, M. Males & L. Feldman.
- Justice Policy Institute. (2000). *School House Hype – Two Years Later.* Washington, DC: V. Schiraldi, K. Brooks & J. Ziedenberg.
- Office of Juvenile Justice and Delinquency Prevention. (2000, May). *Second Chances: Giving Kids a Chance to Make a Better Choice* (OJJDP Bulletin NCJ 181680). Washington, DC: V.
- Schiraldi, et. al.
- Justice Policy Institute. (1998). *School House Hype – School Shootings and the Real Risk Kids Face in America.* Washington, DC: V. Schiraldi & J. Ziedenberg.
- Schiraldi, V. & Soler, M. (1998, Oct.). The Will of the People?  The Public's Opinion of the Violent and Repeat Juvenile Offender Act of 1997, *Crime and Delinquency.* 44(4).
- Schiraldi, V. & Macallair, D. (Eds.). (1997). *Reforming Juvenile Justice.* Dubuque, IA: Kendall Hunt.
- Justice Policy Institute. (1997, Oct.). *The Pods of Elmore County: A Glimpse Behind the Rhetoric of the Juvenile Crime Bill.* Washington, DC: V. Schiraldi & J. Ziedenberg.
- Justice Policy Institute. (1997, July). *The Risks Juveniles Face when Incarcerated with Adults.* Washington, DC: V. Schiraldi & J. Ziedenberg.
- Justice Policy Institute. (1997, Mar.). *Striking Out: The Crime Control Impact of Three Strikes Laws.* Washington, DC: V. Schiraldi & T. J. Ambrosio.
- Justice Policy Institute. (1997, Mar.). *From Classrooms to Cellblocks: Destructive Policies Eroding DC's Communities.* Washington, DC: V. Schiraldi & T. J. Ambrosio.
- Justice Policy Institute. (1997, Feb.). *From Classrooms to Cellblocks: A National Perspective.* Washington, DC: V. Schiraldi & T. J. Ambrosio.
- Center on Juvenile and Criminal Justice. (1996, Feb.) *Young African Americans and California's Criminal Justice System: Five Years Later.* San Francisco, CA: V. Schiraldi, S. Kuyper & S. Hewitt.
- Schiraldi, V. & Macallair, D. (1996). Framing the Framers: Shaping the Debate on Juvenile Crime in San Francisco. In S. Iyengar & R. Reeves (Eds.). *Do the Media Govern?*
- *Politicians, Voters and Reporters in America*. Thousand Oaks, CA: Sage Publications, Inc.
- Center on Juvenile and Criminal Justice. (1994, Oct) *Racial Disparities in the Charging of Los Angeles County's Third "Strike" Cases.* San Francisco, CA: V. Schiraldi & M. Godfrey.
- Center on Juvenile and Criminal Justice. (1994, Oct.) *Three Strikes: The Unintended Victims.* San Francisco, CA: V. Schiraldi, P. Sussman & L. Hyland.
- Schiraldi, V. (1994). Corrections and Higher Ed Compete for California Dollars; Corrections Winning. *Overcrowded Times: Solving the Prison Problem.*
- Center on Juvenile and Criminal Justice. (1991). *Parole Violators in California: A Waste of Money, A Waste of Time.* San Francisco, CA: V. Schiraldi, A. Costello & R. Garnett.
- Center on Juvenile and Criminal Justice. (1991) *Concrete and Crowds:  100,000 Prisoners of the State.* San Francisco, CA: V. Schiraldi & R. Garnett.
- Schiraldi, V. (1990) The Prison Dilemma: Should We Lock 'Em All Up? *The San Francisco Attorney* (October/November 1990).

- National Center on Institutions and Alternatives. (1990). *Young African American Men and the Criminal Justice System in California.* San Francisco, CA: V. Schiraldi, S. Fry.
- Schiraldi, V. (1990). Hawaii's Juvenile Justice System: A Model for Reform. *Federal Probation*, (September 1990, pp. 58-62).

## Selected Presentations

- *New Frontiers in Juvenile Justice: Expanding Juvenile Court Jurisdiction to 18- and 19-Year-Olds.* (March 2019). Plenary Panel. National Conference of Juvenile and Family Court Judges.
- *The Wisconsin Community Corrections Story.* (February 2019). Milwaukee Criminal Justice Council.
- *Too Big to Succeed: Has Community Corrections Grown Beyond Its Useful Capacity?* Keynote presentations to the Oregon Justice Reinvestment Summit (February 2019); the Philadelphia Chamber of Commerce (January 2019); and the County Chief Adult Probation and Parole Officers Association of Pennsylvania (September 2018).
- *Testimony of Vincent N. Schiraldi, on behalf of five former Commissioners of New York City Probation, before the New York State Assembly Standing Committees on Codes, Health, Governmental Operations, and Alcoholism and Drug Abuse.* (October 2018).
- *Unfinished Business: Changing Cultures/Changing Minds of Juvenile Justice Law Enforcement: What remains to be done to fundamentally alter the ethos, & most impact law enforcement in America's JJ system.* (October 2018). John Jay College of Justice, Center on Media, Crime and Justice.
- *The Future of Youth Justice – Moving Away from Youth Prisons,* National Conference of State Legislators, September 2017.
- *Lessons for Australian Officials from the U.S. Juvenile Justice Experience,* at the University of Sydney (Sydney, AU), the University of Queensland (Brisbane, AU), and Jesuit Social Services National Symposium (Melbourne, AU), March 2017.
- *How New York City Halved its Incarceration Rate and Reduced Crime,* Harvard Club, New York City, December 2016.
- *A Community-based Approach to Juvenile Justice,* United States Department of Justice, Office of Justice Programs, October 2016.
- *Creating a Developmentally Appropriate Approach to Young, Court-Involved Adults,* National Summit on Preventing Youth Violence, Department of Justice, Baltimore, MD, June 2016.
- *Alternatives to Incarcerating Juveniles,* Organization of the American States. December 2015.
- *Community-based Responses to Young Adults.* Columbia University School of Law, Justice Forum. November 2015.
- Forum on Young Adult Justice in the U.S. Justice Department's Great Hall of Justice (Opening Remarks by Attorney General Loretta Lynch), September 2015.
- *What Our Incarceration Policies Tell Us about Ourselves*, Keynote, University of Baltimore School of Law, March 2015.
- *Young Adults and America's Criminal Justice System*, Bi-partisan Conference on Criminal Justice, Washington, DC, March 2015.
- *Young Adult Justice in the US and UK – A Burgeoning Area of Reform*, Keynote at Transition to Adulthood Conference, London, England, February 2015.

- *Mass Incarceration in America*, Witts University, Johannesburg, South Africa, August 2014.
- *Young Adult Justice. Is a "Third Way" Warranted?* Organized and moderated panel with Bruce Western and Alice Goffman, Annie E. Casey Foundation Annual Conference, June 2014
- *Young Adult Justice,* National Academy of Sciences, Committee on Improving the Health, Safety and Well-Being of Young Adults, April 2014.
- *Raise the Age, Turn the Page* Keynote, John Jay University, November 2013.
- *Realigning Juvenile Justice – A Safe and Effective Approach to Juvenile Justice Reform*, National Association of Counties Annual Conference, 2012
- *Innovative partnerships in community justice* – a series of presentations and meetings with the leadership of the British juvenile justice system and the City of London regarding ways to create community based justice systems. November 2011
- Training on Probation Services for new judges in New York City, 2010 and 2011
- *Replicating the Missouri Model –DC's Experience so far,* Wisconsin Legislative Council, Special Committee on High Risk Juvenile Offenders, 2008
- *A Road Map for Juvenile Justice Reform,* Annie E. Casey Foundation Congressional Briefing/Panel Discussion, Washington, DC, 2008
- Congressional Roundtable on the Youth Promise Act, Congressman Bobby Scott, Chair, House Judiciary Committee on Crime, Terrorism and Homeland Security, Washington, DC, 2008
- *Using Positive Youth Development to Turn Young Lives Around*, Council of Juvenile Correctional Administrators, 2008
- *New Developments in Juvenile Justice Reform*, Keynote, University of Richmond, School of Law, 2008
- *Using Best Practices to Promote Juvenile Justice Reform,* Florida Blueprint Commission on Juvenile Justice, 2007
- *Race and Incarceration in Maryland*, Maryland House Judiciary Committee – Special Session, January 2004
- *Prison Population Growth in America*, Harvard University, Kennedy School of Government, January *2002.*
- *Reforming the District of Columbia's Juvenile Justice System*, before the Blue Ribbon Commission on Youth Safety and Juvenile Justice Reform, Washington, DC, 2001
- *Coverage of Violent Crime in the News Media*, Dartmouth University, December 2001
- National Council of Juvenile and Family Court Judges, 1999
- *Race and the Juvenile Justice System*, Keynote, William and Mary School of Law, 1998
- Presentation before Congressional Black Caucus hearings on Violent Juvenile Crime, 1997
- University of Minnesota Law School Judicial Sentencing Training Workshop, 1996
- California Department of Corrections - Leadership Training Institute, 1994 - 1995
- California Probation, Parole and Correctional Association Annual Meeting, 1994
- Western Society of Criminology Annual Meetings (1991, 1993, 1994).  Keynoted the 1991 conference during which I received the June Morrison-Tom Gitchoff Founders Award
- American Society of Criminology (1991, 1999, 2012, 2015)
- American Correctional Association (1988, 1998)

- Administrative Office of the Courts, Judicial Council (California), 1992
- California Center for Judicial Education and Research (1991, 1992)

## Media Appearances

Media appearances include *Today Show*, CBS' *Early Show*, *Nightline*, *CBS Evening News*, MacNeil Lehrer *News Hour*, National Public Radio, Fox News, British Broadcasting System (Radio and Television), Canadian Broadcasting System (Radio and Television), Cable News Network (CNN), and MSNBC, among others. Print interviews include the *New York Times, Los Angeles Times, Washington Post, US News and World Report, Newsweek, Economist, San Francisco Chronicle, Boston Globe, San Francisco Examiner, Philadelphia Inquirer, the Sacramento Bee, the New York Daily News, the Honolulu Star-Bulletin, the San Jose Mercury News, the Miami Herald, the San Diego Union-Tribune, the Orange County Register, the Oakland Tribune,* and *the Atlanta Journal Constitution,* among others.

## Education

Masters in Social Work, New York University, 1983.
Bachelor of Arts, Social Psychology, Binghamton University, 1981.