UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>      *Plaintiffs-Petitioners*<br><br>      v.<br><br>QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.*,<br><br>      *Defendants-Respondents*. | No. 1:20-cv-849 (CKK) |

**NOTICE OF FILING REDACTED EXHIBITS**

On May 18, 2020, Plaintiffs sought leave to file two exhibits in support of their Amended Motion for a Preliminary Injunction (Dkt. No. 70), and to publicly file redacted copies of those same exhibits. Attached to this filing are those redacted exhibits.

DATED: May 19, 2020

Respectfully submitted,

/s/ Steven Marcus
Steven Marcus (D.C. Bar # 1630882)
Jonathan Anderson (D.C. Bar # 475306)
Jenna Cobb (D.C. Bar # 979506)
Public Defender Service for the District of Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
Tel. 202-824-2524
Fax 202-824-2525
*smarcus@pdsdc.org*

/s/ Scott Michelman
Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
Michael Perloff (D.C. Bar # 1601047)
American Civil Liberties Union Foundation
    of the District of Columbia

915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
*smichelman@acludc.org*