# EXHIBIT 24

**REDACTED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD BANKS, et al.,

    Plaintiffs-Petitioners,

v.                                          No. 1:20-cv-00849

QUINCY BOOTH, in his official capacity
as Director of the District of Columbia
Department of Corrections, et al.,

    Defendants-Respondents.

## DECLARATION OF MARK MILLER

1. My name is Mark Miller. I am 54 years old. I am currently incarcerated at the Central Detention Facility in Washington, D.C., in the Southeast 3 unit. I am offering the information detailed herein based on my own personal knowledge.

2. [REDACTED]

3. On April 29, 2020, I started having sharp pains near my kidneys. I placed a sick call request.

4. On May 1, 2020, a corrections officer came to my unit and began identifying individuals to go to the "sick call" office. I asked the corrections officer about my sick call. The corrections officer told me that I was on the list, but had been taken off because there were too many people.

5. I told the corrections officers that I had kidney pains and needed to see medical right away. The corrections officer went to speak with the sick call nurse. After speaking with the nurse, the corrections officer allowed me to go to the "sick call" office.

6. I went to the "sick call" office and told the nurse about my pain. The nurse said that she could not do anything until speaking with my care provider. The nurse said she had to do this before prescribing me any medication. The nurse did not evaluate me any further or tell me that she was prescribing any medication.

7. I continued to have sharp pains for the next several days. I was scared and anxious because it was not normal for me to experience this pain.

8. On May 5, 2020, I received ten pills of Acetaminophen in addition to the medication that is regularly prescribed to me for high blood pressure and other sicknesses. No one from medical informed me that I was supposed to be taking Acetaminophen. I was not familiar with Acetaminophen prior to receiving the pills on May 5, 2020.

9. I did not see medical again about the sharp pains until May 7, 2020, one week after I placed the sick call.

10. On May 7, 2020, a physician's assistant came to my cell to ask me about my pain. The physician's assistant said that he would have to order labs to determine the problem. The physician's assistant did not do a physical evaluation or tell me that he was prescribing any medication.

11. I have not heard from medical since May 7, 2020. No one has taken my labs. I am still having sharp pains.

12. I have filed two grievances because I cannot get medical care for my kidney pain. I filed one grievance on May 4, 2020 and another on May 11, 2020.

I, Tabitha Shaw, certify that I have read the foregoing to Mark Miller and that he affirmed the foregoing is true and correct on May 12, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2020

*[signature]*
Tabitha Shaw
Public Defender Service for the District of Columbia
633 Indiana Avenue, NW
Washington, D.C. 20004

2