# EXHIBIT 34

**REDACTED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD BANKS, et al.,

    Plaintiffs-Petitioners,

v.                                                                  No. 1:20-cv-00849

QUINCY BOOTH, in his official capacity
as Director of the District of Columbia
Department of Corrections, et al.,

    Defendants-Respondents.

## DECLARATION OF EDWARD BANKS

1. My name is Edward Banks. I am 48 years old. I am currently incarcerated at the Central Detention Facility in Washington, D.C., in the Southwest 2 unit. I am offering the information detailed herein based on my own personal knowledge.

2. I have been at the jail since August 2019.

3. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4. Since April 22, 2020, I have been in my cell 24 hours a day on most days of the week. My unit has been allowing one hour of recreation for everyone every three to four days.

5. For example, this week, I received one hour of recreation on May 10, 2020. I have not had another day of recreation this week yet.

6. During my one hour of recreation every three to four days, I am expected to shower and make any personal or legal phone calls.

7. The hot water in my cell was not functioning properly for about a month. I noticed that the hot water was dripping from the faucet instead of flowing normally on April 11th. I notified several corrections officers about this issue.

8. A corrections officer attempted to fix the hot water on April 27th. The hot water worked for a couple of hours and then stopped working again. I again notified multiple corrections officers about this issue. I was told that there is a backlog and the jail was understaffed.

9. A maintenance person finally fixed my hot water today.

10. On May 5, 2020, there was an individual on my unit who tested positive for COVID-19.

11. A few days prior to testing positive, this individual had been given a test because he complained of symptoms.

12. While awaiting the results of his COVID-19 test, this individual remained on the unit like everyone else and I saw this individual participate in recreation.

13. I have not been receiving a new face mask everyday. For example, on April 30, 2020, I had to use a face mask that I'd had for at least two days when I left my cell to make a phone call during my one hour of recreation.

14. The jail is not cleaning our cells or providing us with disinfectant everyday.

15. I am scared and worried about contracting COVID-19. I do not think DOC is taking actions to protect me.

I, Tabitha Shaw, certify that I have read the foregoing to Edward Banks and that he affirmed the foregoing is true and correct on May 13, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2020.

Tabitha Shaw
Public Defender Service for the District of Columbia
633 Indiana Avenue, NW
Washington, D.C. 20004

2