# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD BANKS**, *et al.*, | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No. 20-0849 (CKK)** |
| **QUINCY BOOTH**, *et al.*, | |
| **Defendants.** | |

**DECLARATION OF REENA CHAKRABORTY**

Pursuant to 28 U.S.C. § 1746, I, Reena Chakraborty, declare and state as follows:

1.      I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties. I previously submitted a declaration in this matter [44-3].

2.      I am the Chief of Strategic Planning and Analysis of the District of Columbia Department of Corrections (DOC). I have worked for DOC for approximately 15.5 years; prior to that, I was a contractor with Anteon (now General Dynamics Information Technology) at DOC. My duties include strategic planning, analysis, and evaluation. My team and I also support DOC by providing information services as requested.

3.      I make this declaration to explain the data and trends regarding the population of the DOC facilities and cases of COVID-19 among residents housed at DOC facilities.

4.      The data regarding total population numbers and inmate location described below are extracted from a daily midnight snapshot of Jail and Community Corrections System (JACCS), DOC's official offender-management system and legal information system of record. The data are written to a set of tables used for analysis (our data warehouse) called the CENSUS tables. These

data do not represent the current state of the system at any given moment, only the status of the system at midnight for each day the data is loaded into the tables.

5.      Attachment 1 is a graph showing the change in population from March 4, 2020, to May 24, 2020. The data from JACCS records show that the combined population at the Central Detention Facility (CDF) and the Correctional Treatment Facility (CTF) has decreased significantly since March 14, 2020. On the graph, it can be seen that the population at DOC facilities was 1846 on March 14, 2020. The population has declined by 506, or approximately 27%, as of May 24, 2020.

6.      Attachment 2 is a graph showing the percent of CDF and CTF residents housed in single cells (cells in which the resident is the sole occupant) from March 4, 2020 to May 24, 2020 (data are at approximately ten-day intervals). The data from JACCS records show that as of March 4, 2020, of the 1772 residents housed in CDF and CTF combined, 800, or 44.6%, were housed in single cells. As of May 24, 2020, of the 1340 inmates housed in CDF and CTF combined, 963, or 71.9%, were housed in single cells. These data indicate there was a 61.2% increase in single-cell housing since March 4, 2020.

7.      The data regarding COVID-19-positive residents described below are extracted from data provided to me by Unity Health Care regarding daily COVID-19 testing results and who Unity's medical team has deemed "recovered." "Presumed positive" residents are individuals who medical staff identified as displaying symptoms of COVID-19 but refused testing, and those residents are included in the totals of positive residents.

8.      Attachment 3 is a graph showing the cumulative number of COVID-19-positive or presumed COVID-19-positive residents since the first confirmed positive for COVID-19 for a resident was received on March 26, 2020. This is represented on the graph by the purple line. The graph's green line depicts the cumulative number of residents deemed recovered. Finally, the gold

2

line shows, for each day noted, the number of COVID-19-positive residents current as of that date. The data show that the peak of COVID-19-positive residents occurred on April 24, 2020, when 55 residents were positive. Subsequently after a brief decline, there was a secondary peak on May 2, 2020, when 54 residents were positive. After May 2, 2020, there has been a generally downward trend in positive cases. As of the evening of May 24, 2020, a total of 17 residents were currently positive; including three (3) at local hospitals, and, 14 at DOC facilities.

9.      Attachment 4 is a table showing a statistical breakdown of residents based on their COVID-19 status and whether they are in isolation housing. As the table shows, the number of residents in isolation for COVID-19 peaked at 57 on May 4, 2020, and has steadily declined since. As of May 24, 2020, only 17 residents remained in medical isolation for COVID-19.

10.     I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on ___May 26, 2020_____          _____
                                                   REENA CHAKRABORTY

3

# ATTACHMENT 1



# ATTACHMENT 2



# ATTACHMENT 3



# ATTACHMENT 4

# DOC Resident Data March 25, 2020, to May 24, 2020

| Date | DOC Population | Cumulative Positives | In Isolation | Recovered | Fatalities | Percent In Custody Who Are Positive | Cumulative Positives Deemed Recovered |
|------|---------------|---------------------|-------------|-----------|-----------|--------------------------------------|--------------------------------------|
| 5/24 | 1340 | 193 | 17 | 170 | 1 | 1.3% | 88.1% |
| 5/23 | 1332 | 193 | 19 | 168 | 1 | 1.4% | 87.0% |
| 5/22 | 1331 | 193 | 20 | 167 | 1 | 1.5% | 86.5% |
| 5/21 | 1333 | 193 | 21 | 166 | 1 | 1.6% | 86.0% |
| 5/20 | 1335 | 187 | 16 | 165 | 1 | 1.2% | 88.2% |
| 5/19 | 1332 | 187 | 16 | 165 | 1 | 1.2% | 88.2% |
| 5/18 | 1330 | 186 | 30 | 150 | 1 | 2.3% | 80.6% |
| 5/17 | 1330 | 186 | 30 | 150 | 1 | 2.3% | 80.6% |
| 5/16 | 1327 | 186 | 32 | 148 | 1 | 2.4% | 79.6% |
| 5/15 | 1327 | 184 | 31 | 147 | 1 | 2.3% | 79.9% |
| 5/14 | 1326 | 180 | 32 | 142 | 1 | 2.4% | 78.9% |
| 5/13 | 1327 | 182 | 38 | 138 | 1 | 2.9% | 75.8% |
| 5/12 | 1349 | 179 | 40 | 134 | 1 | 3.0% | 74.9% |
| 5/11 | 1348 | 179 | 44 | 130 | 1 | 3.3% | 72.6% |
| 5/10 | 1348 | 177 | 45 | 127 | 1 | 3.3% | 71.8% |
| 5/9 | 1337 | 166 | 34 | 127 | 1 | 2.5% | 76.5% |
| 5/8 | 1338 | 164 | 42 | 118 | 1 | 3.1% | 72.0% |
| 5/7 | 1338 | 160 | 38 | 117 | 1 | 2.8% | 73.1% |
| 5/6 | 1332 | 158 | 43 | 110 | 1 | 3.2% | 69.6% |
| 5/5 | 1343 | 158 | 52 | 101 | 1 | 3.9% | 63.9% |
| 5/4 | 1346 | 158 | 57 | 97 | 1 | 4.2% | 61.4% |
| 5/3 | 1346 | 152 | 52 | 96 | 1 | 3.9% | 63.2% |
| 5/2 | 1340 | 144 | 52 | 89 | 1 | 3.9% | 61.8% |
| 5/1 | 1348 | 144 | 52 | 89 | 1 | 3.9% | 61.8% |
| 4/30 | 1350 | 140 | 51 | 88 | 1 | 3.8% | 62.9% |
| 4/29 | 1358 | 137 | 50 | 86 | 1 | 3.7% | 62.8% |
| 4/28 | 1366 | 132 | 46 | 85 | 1 | 3.4% | 64.4% |
| 4/27 | 1372 | 128 | 52 | 75 | 1 | 3.8% | 58.6% |
| 4/26 | 1373 | 126 | 53 | 72 | 1 | 3.9% | 57.1% |
| 4/25 | 1368 | 122 | 53 | 68 | 1 | 3.9% | 55.7% |
| 4/24 | 1381 | 112 | 49 | 62 | 1 | 3.5% | 55.4% |
| 4/23 | 1392 | 110 | 47 | 62 | 1 | 3.4% | 56.4% |
| 4/22 | 1395 | 104 | 47 | 56 | 1 | 3.4% | 53.8% |
| 4/21 | 1402 | 99 | 45 | 53 | 1 | 3.2% | 53.5% |
| 4/20 | 1412 | 96 | 43 | 52 | 1 | 3.0% | 54.2% |
| 4/19 | 1412 | 90 | 40 | 50 | 1 | 2.8% | 55.6% |
| 4/18 | 1408 | 90 | 40 | 50 | 1 | 2.8% | 55.6% |
| 4/17 | 1428 | 82 | 31 | 50 | 1 | 2.2% | 61.0% |
| 4/16 | 1430 | 75 | 31 | 43 | 1 | 2.2% | 57.3% |
| 4/15 | 1431 | 65 | 22 | 43 | 1 | 1.5% | 66.2% |
| 4/14 | 1441 | 62 | 21 | 40 | 1 | 1.5% | 64.5% |
| 4/13 | 1442 | 56 | 23 | 32 | 1 | 1.6% | 57.1% |
| 4/12 | 1442 | 53 | 44 | 9 | 0 | 3.1% | 17.0% |
| 4/11 | 1442 | 52 | 44 | 9 | 0 | 3.1% | 17.3% |
| 4/10 | 1467 | 52 | 43 | 9 | 0 | 2.9% | 17.3% |
| 4/9 | 1480 | 47 | 38 | 9 | 0 | 2.6% | 19.1% |
| 4/8 | 1490 | 33 | 54 | 7 | 0 | 3.6% | 21.2% |
| 4/7 | 1496 | 37 | 45 | 7 | 0 | 3.0% | 18.9% |
| 4/6 | 1517 | 28 | 39 | 7 | 0 | 2.6% | 25.0% |
| 4/5 | 1517 | 20 | 39 | 7 | 0 | 2.6% | 35.0% |
| 4/4 | 1515 | 18 | 28 | 4 | 0 | 1.8% | 22.2% |
| 4/3 | 1545 | 14 | 11 | 0 | 0 | 0.7% | 0.0% |
| 4/2 | 1568 | 12 | 13 | 0 | 0 | 0.8% | 0.0% |
| 4/1 | 1598 | 12 | 10 | 0 | 0 | 0.6% | 0.0% |
| 3/31 | 1612 | 6 | 8 | 0 | 0 | 0.5% | 0.0% |
| 3/30 | 1626 | 6 | 7 | 0 | 0 | 0.4% | 0.0% |
| 3/29 | 1630 | 5 | 6 | 0 | 0 | 0.4% | 0.0% |
| 3/28 | 1630 | 4 | 4 | 0 | 0 | 0.2% | 0.0% |
| 3/27 | 1647 | 3 | 1 | 0 | 0 | 0.1% | 0.0% |
| 3/26 | 1677 | 1 | 1 | 0 | 0 | 0.1% | 0.0% |
| 3/25 | 1692 | 1 | 1 | 0 | 0 | 0.1% | 0.0% |