# EXHIBIT I

DECLARATION OF NATALIE EPPS
STAFF ATTORNEY AT THE PUBLIC DEFENDER SERVICE

*I, Natalie Epps, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.*

1. My name is Natalie Epps. I make these statements based upon my personal knowledge.

2. I am an attorney in the Parole Division at the Public Defender Service for the District of Columbia.

3. I represent Keon Jackson, a man who was incarcerated at the Correctional Treatment Facility in the District of Columbia in March.

4. On March 24, 2020, I filed an emergency grievance on Mr. Jackson's behalf with Director Quincy Booth by e-mailing Director Booth Mr. Jackson's signed emergency grievance.

5. A true and correct copy of my March 24th e-mail to Director Booth is attached to this declaration.

Executed on the **28th** day of May 2020, in Washington, D.C.

/s/ *Natalie Epps*
Natalie Epps
Staff Attorney
Public Defender Service for DC
633 Indiana Ave. NW
Washington, DC 20004

| | |
|---|---|
| **From:** | Natalie Lawson |
| **Sent:** | Tuesday, March 24, 2020 8:53 PM |
| **To:** | quincy.booth@dc.gov |
| **Subject:** | Keon Jackson, 334-073 Emergency Grievance |
| **Attachments:** | Keon Jackson Emergency Grievance.pdf |

Dear Director Booth,

I represent Keon Jackson, DCDC No. 334073. Attached is an Emergency Grievance filed by Mr. Jackson. Mr. Jackson will also provide a copy to his case manager.

Regards,

Natalie Epps, Staff Attorney
Parole Division
Public Defender Service for the District of Columbia

**EMERGENCY GRIEVANCE - ASTHMA**
**QUINCY ROOM**



| DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS INMATE INFORMAL RESOLUTION/GRIEVANCE FORM | TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR GRIEVANCE NUMBER # |

PP 4030.1
Attachment I8

## STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Submit this form to your housing unit Case Manager. Case Managers will respond to request within five (5) business days

**INMATE NAME:** KEON JACKSON  **DCDC#:** 334073  **UNIT:** C3A  **CELL:** 23  **DATE:** 3/24/20

**SELECT OFFICE/SERVICES NEEDED:**

- ☐ Facility Transfer
- ☒ Fire Safety and Sanitation
- ☐ Program and Activities
- ☒ Personal Hygiene
- ☐ Case Management Services
- ☒ Health Care
- ☒ Communications (mail, visits, telephone, legal)
- ☐ Property
- ☐ Sentence computation, jail credit, over detention
- ☐ Finance
- ☐ Rules and Regulations
- ☐ Staff Treatment
- ☐ Food Service
- ☒ Facilities Management
- ☐ Discrimination
- ☐ Transportation
- ☐ Safety and Security
- ☐ Contract Facility
- ☐ Other

**PLEASE EXPLAIN NATURE OF COMPLAINT:**
During the COVID-19 pandemic, DOC has failed to 1) take all actions within its power to reduce the inmate population, 2) make sure the each inmate receives, free of charge, an individual supply of hand soap for frequent handwashing, paper towels, toilet paper, running water, and facial tissue. 3) *PLEASE SEE ATTACHED SHEET*

**Inmate Signature:** [signed]

### *** FOR DOC COMPLETION BELOW THIS LINE ***

**ACTION TAKEN:**

_____

**CASE MANAGER SIGNATURE** _____  **DATE** _____

- Inmate has five (5) business days to submit grievance to IGP Coordinator after response from Case Manager.

## STEP 2: FORMAL INMATE GRIEVANCE (IGP COORDINATOR RESPONSE)
**DATE RECEIVED:**
- Inmate Grievance Coordinator will respond to grievance within fifteen (15) business days of receipt

**ACTION TAKEN:**

_____

**INMATE GRIEVANCE COORDINATOR SIGNATURE** _____  **DATE** _____

- Inmate has five (5) business days to submit a request for Administrative Remedy to the Warden

## STEP 3: WARDEN'S REQUEST FOR ADMINISTRATIVE REMEDY
- The Warden will issue a response to the grievance within fifteen (15) business days of receipt

**ACTION TAKEN:**

_____

**WARDEN SIGNATURE** _____  **DATE** _____

- An Appeal - Level 1 - Deputy Director form can be filed five (5) business days of receipt of response from the Warden. This grievance must be attached to the appeal

*Page 2 of 2*
**Emergency Inmate Informal Resolution/Grievance Form For:**

**KEON JACKSON   334073**
[INMATE NAME]   [DCDC #]

During the COVID-19 pandemic, DOC has failed to (continued from original form):
3) provide no-touch trash cans for tissue/paper towel disposal
4) ensure access to hand sanitizer containing at least 60% alcohol when inmates do not have access to hand soap and running water
5) provide access to showers for inmates on each unit and increased access to clean laundry
6) require that all DOC staff wear personal protective equipment, including masks and gloves
7) take each inmate's temperature daily to identify potential COVID-19 infections
8) verbally assess each inmate daily to identify potential COVID-19 infections
9) conduct immediate testing for anyone displaying symptoms of COVID-19
10) provide masks for any individual displaying or reporting COVID-19 symptoms
11) communicate with inmates to provide information about COVID-19, reducing the risk of transmission, and any changes in policies or practices
12) provide inmates with an adequate supply of disinfectant hand wipes and disinfectant products effective against the virus that causes COVID-19 (at the manufacturer's recommended concentration) to clean cells and other surfaces
13) clean and disinfect frequently touched surfaces and common areas with disinfectant products effective against the virus that causes COVID-19 (at the manufacturer's recommended concentration) every two hours
14) ensure individuals identified as having or having been exposed to COVID-19 are properly quarantined in a non-punitive setting, with continued access to showers, recreation, mental health services, reading materials, and personal property
15) respond to all emergency requests for medical attention within an hour
16) increase access to unmonitored, confidential legal calls to reduce the need for defense teams to enter into the facility
17) facilitate video and telephone conferencing as an alternative to in-person court appearances
18) have a medical expert monitor the facility to assure compliance with these conditions

_____                              3.24.20
Signature                                            Date