UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **QUINCY BOOTH,** *et al.*, <br><br> Defendants. | Civil Action No. 20-00849 (CKK) |

## ERRATA

Defendants Quincy Booth and Lennard Johnson (collectively, the District), inadvertently omitted a certification of compliance with Local Civil Rule 7(m) in Defendants' Motion to Alter and Vacate the Court's Preliminary Injunction (Motion) [105]. Pursuant to Rule 7(m), the District conferred with plaintiffs before filing its Motion. Plaintiffs do not consent to the Motion and intend to oppose.

Dated: July 16, 2020.	Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General

441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
pamela.disney@dc.gov
andy.saindon@dc.gov

*Counsel for Defendants*
*Quincy Booth and Lennard Johnson*