# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5216**     September Term, 2019

1:20-cv-00849-CKK

Filed On: July 22, 2020 [1852911]

Edward Banks, et al.,

    Appellees

    v.

Quincy L. Booth, in his official capacity as Director of the District of Columbia Dept of Corrections and Lennard Johnson, in his official capacity as Warden, D.C. Dept. Corrections,

    Appellants

United States,

    Appellee

**O R D E R**

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending further order of the court.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon the conclusion of its proceedings.

                                              **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                        BY:    /s/
                                             Laura M. Chipley
                                             Deputy Clerk