UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **QUINCY BOOTH,** *et al.*, <br><br> **Defendants.** | **Civil Action No. 20-00849 (CKK)** |

## NOTICE

Defendants Quincy Booth and Lennard Johnson (collectively, the District) provide this notice to inform the Court of the following:

On July 21, 2020, the District notified the Court that a Department of Corrections (DOC) resident had tested positive for COVID-19 upon intake on July 13, 2020. *See* July 21, 2020 Notice [111]. That resident has now recovered and has been returned to the Central Detention Facility (CDF) general population. After receiving that resident's positive test result, DOC tested all other residents on the Enhanced Monitoring Unit where new intakes are housed—in single cells—pending receipt of test results. One additional resident tested positive. The resident was immediately moved into isolation housing after DOC learned of his positive test result on July 26, 2020, and currently remains in isolation housing.

On August 2, 2020, DOC learned that a new intake to CDF was positive for COVID-19. The resident first arrived at CDF on July 22, 2020, was tested for COVID-19 on that date, and his initial test result came back negative on July 26, 2020. In accordance with its policy for new intakes, DOC housed this resident in an Enhanced Monitoring Unit upon intake. The resident was then tested again on July 28, 2020, despite being asymptomatic, and tested positive. This resident

remained in the same cell he was placed into at intake until DOC received the positive test result on August 2. The resident was moved into isolation housing immediately thereafter and remains in isolation housing.

Finally, a new CDF resident was tested on July 30, 2020, during intake, and tested positive. He was informed of the positive test result before he was released into the community on parole on August 3, 2020. In total, DOC now has two COVID-19 positive residents in isolation.

Dated:  August 5, 2020.                                  Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Chief, Equity Section

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
pamela.disney@dc.gov
andy.saindon@dc.gov

*Counsel for Defendants*
*Quincy Booth and Lennard Johnson*