# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BOOTH, *et al.*,<br><br>Defendants. | Civil Action No. 20-00849 (CKK) |

## DECLARATION OF CAMILE WILLIAMS

Pursuant to 28 U.S.C. § 1746, I, Camile Williams, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties, including my own first-hand observations. I previously submitted two declarations in this matter, [21-1], [82-5]. I am the Deputy Director of Programs and Case Management with the District of Columbia Department of Corrections (DOC).

2. I have reviewed the Report submitted by *Amicus Curiae* on December 11, 2020 [105] (Report) and submit the following in response.

3. The Report correctly notes that DOC has undertaken substantial efforts to adopt new technology and overhaul its entire legal call process to facilitate thousands of attorney-client contacts since the pandemic began, but it does not accurately or fully speak to the new legal call processes and incorrectly notes delays with inmate-initiated legal calls.

4. The Report uses different terminology than DOC to describe the two types of legal calls. The Report referred to as "attorney-initiated" legal calls, but DOC refers to these calls as

"emergency" legal calls. And the Report referred to "inmate-initiated" legal calls, but DOC refers to these calls as "non-emergency" legal calls.

5. As of December 12, 2020, DOC has facilitated more than 24,357 attorney-client contacts using technology and procedures that did not exist in DOC facilities when the pandemic began. Specifically, between April 20 and December 12, 2020, DOC facilitated 10,681 emergency legal calls and 11,499 non-emergency legal calls. As of December 11, 2020, DOC had also facilitated 1,843 video legal calls. And, as of December 6, 2020, residents had made 334 free legal calls on tablets.

6. The Report correctly notes that between April 20, 2020 and October 15, 2020, DOC case managers were responsible for facilitating 8,602 emergency legal calls. Since June 15, 2020, when DOC acquired cell phones, the majority of emergency legal calls have been conducted in individual cells rather than case managers' offices. Case managers first attempt emergency calls using cell phones in individual cells, but if there are connectivity issues, sound interference, or security concerns that do not allow for the calls to take place on the units, the calls are conducted in case managers' offices. When calls take place in case managers' offices, case managers have to remain in or near the office for security reasons to prevent residents from making other calls or gaining possession of objects or information that may jeopardize the safety of others.

7. DOC and its telephone service providers provide each resident with a free, unmonitored and unrecorded telephone call to an attorney each day for up to 30 minutes. These calls are "non-emergency" legal calls. Residents can make non-emergency calls during their daily out-of-cell time on phone banks located in each housing unit. Though full confidentiality is not possible for residents using the phone banks, DOC has encouraged social distancing and privacy during these calls by deactivating every other phone in the phone bank, which creates space

between residents making calls. It is my understanding that DOC implemented this system at the suggestion of the Public Defender Service for the District of Columbia (PDS), who noted that the system worked well at a correctional facility in Maryland.

8. To ensure that residents are able to speak with attorneys using the non-emergency call system, DOC has procedures in place that have been communicated to both the public and private attorneys and noted on DOC's website. This process clearly articulates the attorneys' responsibility for contacting case management to provide their telephone numbers so that case managers can upload the telephone numbers to systems provided by DOC's telephone service providers. Once the attorneys' phone numbers are uploaded (which generally occurs within 24 hours of attorneys providing their phone number to case managers), residents are able to make non-emergency legal calls directly from the phone bank. Therefore, the Report incorrectly suggests that any delay to residents' accessing non-emergency calls is the fault of case managers; the efficiency of the system is contingent upon attorneys contacting DOC to provide their phone number. If the inmate desires to speak with their attorney, but the attorney did not follow the proper protocol, then the inmate may utilize the inmate request slip process to request an emergency legal call, which may be delayed depending on the urgency of the need to speak with an attorney.

9. Between April 20, 2020 and December 12, 2020, residents made 7,805 non-emergency legal calls at CTF and 3,694 non-emergency legal calls at CDF, averaging 317 weekly calls.

10. DOC's telephone service provider has also provided DOC with over 300 tablets. These tablets allow residents to make calls, send messages, purchase movies, and read books. These tablets also allow residents at CDF to make free confidential legal calls to their attorneys in

their cells. The Report correctly notes that between June 18, 2020 to December 6, 2020, 334 free legal calls were initiated by residents to their attorneys.

11. The Report correctly notes that between May 18, 2020 and October 31, 2020, DOC facilitated a total of 1,209 videoconferences between residents and their attorneys. And, as of December 11, 2020, DOC has facilitated a total of 1,843 video legal calls.

12. The video legal call program expanded around July 20, 2020 and, between July 20, 2020 and December 11, 2020, DOC facilitated approximately 84 videoconferences per week. To facilitate video legal calls, DOC has coordinated closely with PDS, the Federal Public Defender for the District of Columbia (FPD), the District of Columbia Criminal Justice Act (CJA) panel, and the Office of the Federal Public Defender for the District of Maryland (Maryland FPD), in addition to private defense attorneys. DOC has devoted substantial resources and adjusted its operations to accommodate and coordinate with these organizations.

13. Most residents are able to use tablets to connect with attorneys through the tablets' messaging system. The Report correctly notes that between June 18, 2020 and December 6, 2020, 187 residents used the messaging platform.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 18, 2020

_____
CAMILE WILLIAMS