# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>QUINCY BOOTH, *et al.*,<br><br>Defendants. | Civil Action No. 20-00849 (CKK) |

## DECLARATION OF KATHLEEN JO LANDERKIN

Pursuant to 28 U.S.C. § 1746, I, Kathleen Jo Landerkin, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration, and testify based on my personal knowledge acquired in the course of my official duties, including my own first-hand observations. I previously submitted two declarations in this matter [21-2], [82-9]. I am the Deputy Warden with the Department of Corrections' (DOC) Central Detention Facility (CDF).

2. I have reviewed the Report submitted by *Amicus Curiae* on December 11, 2020 [105] (Report) and submit the following in response.

3. The Report correctly notes that DOC has undertaken substantial efforts to adopt new technology and facilitate many thousands of attorney-client contacts since the pandemic began, but does not detail all the efforts made by DOC in this area.

4. DOC began conducting video hearings with the U.S. District Court for the District of Columbia on March 19, 2020 and with the Superior Court of the District of Columbia on March 31, 2020. DOC created a new space for conducting these video conference hearings that began operating on July 6, 2020. DOC allows each resident with a hearing to speak with an attorney by

video for up to 15 minutes prior to the start of the hearing and, if requested, for a few minutes when the case is concluded. DOC has devoted substantial resources and adjusted its operations to facilitate these video conferences with the courts and attorneys.

5.  Since June 23, 2020, DOC has facilitated in-person legal visits at CDF and the Correctional Treatment Facility (CTF), and approximately 293 in-person legal visits have occurred since that time.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 18, 2020            _Kathleen Jo Landerkin_
                                                             KATHLEEN JO LANDERKIN