# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDWARD BANKS, *et al.,*

          Plaintiffs-Petitioners,

    v.

QUINCY BOOTH, in his official capacity
 as Director of the District of Columbia
Department of Corrections, *et al.,*

          Defendants-Respondents.

No. 1:20-cv-00849

**DECLARATION OF TAVON WINSTON**

1. My name is Tavon Winston. I am 25 years old. I was previously incarcerated at the CDF on the South 2 Unit in Washington, D.C.  I am offering the information detailed herein based on my own personal knowledge.

2. Before being held in CDF, I was held in a jail in Upper Marlboro. I was locked up in Upper Marlboro from August until December 2nd.

    a. In Upper Marlboro, I received temperature checks twice a day. I was tested for COVID-19 about three times: on intake, before I was transferred out of my intake unit, and before I was transferred to DC. All three of these COVID-19 tests came back negative.

3. On December 2nd, I was transferred to CDF. When I arrived at CDF, there were between 10-15 other people going through intake. 2-3 people, including myself, were coming from other jails and prisons. The rest of the 10-15 people were coming from court or the streets. All 10-15 of us were in the same common area during intake.

    a. I knew some people were coming from different jails and prisons because we talked about it while we were waiting. Someone was coming from Virginia, someone else was coming from a different facility in Maryland, and one person was coming from a federal facility.

4. I was tested for COVID-19 as part of the intake process.

    a. I was tested by having my nose swabbed. When I asked the person testing me how long the test results would take to come back, the person testing me told me I would get my results in 2-3 days.

      b.  My temperature was also taken during intake. I had a temperature between 97 and 98 degrees. My temperature was taken using the kind of thermometer that gets pointed at your forehead.

5.  After getting tested and finishing intake, I was taken to the unit South 2. South 2 is an intake unit.

      a.  The other 10-15 people who went through intake with me were also housed on South 2, including the people who were transferred from different jails and prisons.

      b.  Everybody on South 2 had a cellmate.

      c.  South 2 was not under quarantine. I know that because a DOC worker told me that if anybody had COVID they would not be on my unit.

      d.  Someone in the cell next to me had refused to be tested for COVID-19. DOC workers were not doing anything about it. Some DOC workers told the person refusing to take a COVID-19 test that they could not leave their cell or shower until they were tested, but the person left their cell and took showers anyway.

      e.  I did not hear of anybody else on the intake unit getting their COVID-19 test results back.

6.  I was on South 2 the whole time I was at CDF, from December 2nd to December 8th.

      a.  While I was on South 2, my temperature was taken either once or twice a day. Whether my temperature was taken more than once seemed to depend on how the DOC staff were feeling.

      b.  My temperature was taken using the same kind of thermometer that gets pointed at your forehead.

      c.  I was given a new mask around every day or every other day.

7.  DOC staff did not wear PPE at all times. I saw 4-5 correctional officers walking around the unit without masks on. These correctional officers were walking around the unit without masks when the residents were in our cells. The only people near the correctional officers when they were walking around without masks on were other correctional officers.

8.  Around December 3rd, I made a sick call to medical.

      a.  I made a sick call because I needed glasses and medication. I need my glasses to read and see at night. Without my glasses, I have to squint. It makes reading difficult. I needed medication because I had just had a tooth pulled while I was in Maryland. In Upper Marlboro, I was receiving painkillers. How much my tooth

      hurt depended on what I was doing. If I was eating, I would rate the pain a 9 out of 10.

    b. Nobody ever got back to me about the sick call request. I had not received my glasses or pain medication when I left on December 8th.

9. On December 8th, I went to the CMP office. The CMP office is where the Parole Commission is.

    a. My temperature was not taken before I went to the CMP office. My temperature was not taken on December 8th at all.

    b. When I got to the CMP office, there were other people standing outside the CMP office. There were around four other inmates standing outside the CMP office. There were also around two correctional officers standing outside the CMP office. There were around seven people in total standing outside the CMP office. In addition to the people standing outside the CMP office, some DOC staff walked past the CMP office while I was there.

    c. The people standing with me outside the CMP office were not six feet apart at all.

    d. The hallway where we were standing was a little wider than my cell. My cell is about six feet wide, so the hallway was probably between seven and nine feet wide.

    e. I was standing outside the CMP office for about 20 minutes before it was my turn to go in. The Parole Commission is virtual, so there was nobody else in the CMP office with me.

10. After my visit to the CMP office, I returned to my cell. About five or six hours later, a DOC staff member gave me a pass to go to Reentry and Diversion. I went downstairs to Reentry and Diversion for my release to be processed.

    a. While I was in processing, I asked the DOC staff working what my COVID-19 test results were. The DOC staff member told me she did not know. She told me I would have to ask somebody on the medical unit. I asked her if she would call the medical unit. She tried calling the medical unit, but nobody picked up. After nobody in medical picked up, I just continued the release process. I picked up my MetroCard.

    b. I gave the DOC my address, email address, and two phone numbers to contact me as part of my out-processing.

    c. After I was released, I left CDF and got on the metro at Stadium Armory.

11. I never received any results from my COVID-19 test on December 2nd from DOC.

    a. DOC has not contacted me in any way since my release.

b.  I have not received another COVID-19 test since December 2nd.

c.  I did not learn that I had tested positive until yesterday, December 16th, when my attorney told me.

d.  I assumed that I tested negative when the DOC did not tell me that my COVID-19 results.

   i.  Since being released, I rode the metro. I am staying with three family members, including my cousin who is in his sixties and my fiancé who has asthma and chronic bronchitis. Upon my release, I also saw my mother who is in her sixties, my godfather who is in his fifties, and grandmother who is almost 80. I saw my two kids, who are four years and eleven months old. My eleven-month old daughter may have inherited asthma from her mother, but she is too young for us to tell. I am worried she has asthma because she always seems congested. I saw all of these people before hearing that I had tested positive for COVID-19.

   ii.  If I had learned that I was positive for COVID-19, I would have gone straight into quarantine because this is a serious deal. I would not have seen my kids, my mother, my fiancé, or anybody else. I literally would not have seen anybody until I had gotten tested again. I most definitely would have made sure I lived alone until I tested negative. I wish that the DOC had at least gotten my results back to me while I was at CDF.

I, Katherine Rees, certify that I have read the foregoing to Tavon Winston and that he affirmed the foregoing is true and correct on December 17th, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17th, 2020.


_____
Katherine Rees
Public Defender Service for the District of Columbia
633 Indiana Avenue, NW
Washington, D.C. 20004