UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**QUINCY BOOTH**, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-0849 (CKK) |

## JOINT MOTION TO STAY LITIGATION AND FOR REFERRAL TO MEDIATION

Plaintiffs Edward Banks, D'Angelo Phillips, Keon Jackson, and Eric Smith, and defendants Quincy Booth and Lennard Johnson (the Parties), jointly move to stay discovery in this matter until September 30, 2021, pending mediation through the D.C. Circuit Mediation Program.

After informal discussions, the Parties have begun exploring the possibility of settlement. A stay of litigation would allow the Parties to pursue a possible resolution of this case through mediation. A memorandum of points and authorities and the text of a proposed order are attached.

Dated: August 16, 2021.

 /s/ Steven Marcus
Steven Marcus (D.C. Bar # 1630882)
Jonathan Anderson (D.C. Bar # 475306)
Jenna Cobb (D.C. Bar # 979506)
PUBLIC DEFENDER SERVICE FOR D.C.
633 Indiana Ave. NW
Washington, DC 20004
(202) 824-2524
smarcus@pdsdc.org

 /s/ Scott Michelman
Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
Michael Perloff (D.C. Bar # 1601047)

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General

American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org


 /s/ Jacob S. Kreilkamp
Jacob S. Kreilkamp
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Tel.: 213-683-9260
Fax: 213-593-2960
jacob.kreilkamp@mto.com

Jonathan S. Meltzer (D.C. Bar # 888166546)
Brendan B. Gants (D.C. Bar # 1031419)
Rachel G. Miller-Ziegler (D.C. Bar # 229956)
MUNGER, TOLLES & OLSON LLP
1155 F Street, NW, Seventh Floor
Washington DC, 20004
(202) 220-1100
jonathan.meltzer@mto.com

*Counsel for Plaintiffs*

MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-6643
(202) 730-1470 (f)
andy.saindon@dc.gov
micah.bluming@dc.gov
pamela.disney@dc.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> QUINCY BOOTH, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-0849 (CKK) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO STAY LITIGATION AND FOR REFERRAL TO MEDIATION

In support of the Parties' Joint Motion To Stay Litigation and for Referral to Mediation (Motion), they cite and rely upon:

1. Fed. R. Civ. P. 6(b)(1)(A) and (7)(b);
2. LCvR 84.4;
3. The existence of good cause, as described in the Motion; and
4. The inherent equitable powers of the Court.

The Parties seek a stay until September 30, 2021, for good cause. The requested stay and referral to the D.C. Circuit Mediation Program will allow the Parties to discuss possible resolution of this matter through a formal mediation process. Accordingly, the Parties request that the Court grant the Joint Motion and enter the attached proposed order.

Dated: August 16, 2021.                                    Respectfully submitted,

 /s/ Steven Marcus                                             KARL A. RACINE
Steven Marcus (D.C. Bar # 1630882)              Attorney General for the District of Columbia
Jonathan Anderson (D.C. Bar # 475306)
Jenna Cobb (D.C. Bar # 979506)

| | |
|---|---|
| PUBLIC DEFENDER SERVICE FOR D.C.<br>633 Indiana Ave. NW<br>Washington, DC 20004<br>(202) 824-2524<br>smarcus@pdsdc.org | CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Fernando Amarillas*<br>FERNANDO AMARILLAS [974858]<br>Assistant Deputy Attorney General |
| */s/ Scott Michelman*<br>Scott Michelman (D.C. Bar # 1006945)<br>Arthur B. Spitzer (D.C. Bar # 235960)<br>Michael Perloff (D.C. Bar # 1601047)<br>American Civil Liberties Union Foundation<br>of the District of Columbia<br>915 15th Street NW, Second Floor<br>Washington, D.C. 20005<br>(202) 457-0800<br>smichelman@acludc.org | */s/ Andrew J. Saindon*<br>ANDREW J. SAINDON [456987]<br>Senior Assistant Attorney General<br>MICAH BLUMING [1618961]<br>PAMELA DISNEY [1601225]<br>Assistant Attorneys General<br>Equity Section<br>400 Sixth Street, N.W., Suite 10100<br>Washington, D.C. 20001<br>(202) 724-6643<br>(202) 730-1470 (f)<br>andy.saindon@dc.gov<br>micah.bluming@dc.gov<br>pamela.disney@dc.gov |
| */s/ Jacob S. Kreilkamp*<br>Jacob S. Kreilkamp<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071-3426<br>Tel.: 213-683-9260<br>Fax: 213-593-2960<br>jacob.kreilkamp@mto.com | *Counsel for Defendants* |
| Jonathan S. Meltzer (D.C. Bar # 888166546)<br>Brendan B. Gants (D.C. Bar # 1031419)<br>Rachel G. Miller-Ziegler (D.C. Bar # 229956)<br>MUNGER, TOLLES & OLSON LLP<br>1155 F Street, NW, Seventh Floor<br>Washington DC, 20004<br>(202) 220-1100<br>jonathan.meltzer@mto.com | |
| *Counsel for Plaintiffs* | |