UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**QUINCY BOOTH,** *et al.*,<br><br>*Defendants*. | Civil Action No. 20-849 (CKK) |

**JOINT MOTION FOR PRELIMINARY ORDER OF APPROVAL AND SETTLEMENT**

Pursuant to Rules 7(b) and 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move for a preliminary order of approval and settlement. As set forth in the accompanying memorandum of points and authorities, the Parties have reached a settlement and seek the Court's preliminary approval. The terms of the proposed class settlement are contained in a Settlement Agreement dated February 14, 2022 (Settlement Agreement), which is attached along with a proposed order for the Court's consideration that includes a request to schedule a fairness hearing. Accordingly, the Parties request that the Court grant this motion for preliminary approval of their Settlement Agreement and enter the Proposed Order accompanying this motion.

Dated:  February 14, 2022.

*/s/ Zoé Friedland*
Zoé E. Friedland (Bar ID D00516)
Jonathan W. Anderson (D.C. Bar # 475306)
Jenna Cobb (D.C. Bar # 979506)
Hanna Perry*
Public Defender Service for the District of Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
Tel. 202-824-2524
Fax 202-824-2525

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

\**Member NY Bar; Practicing in DC under DC App. R. 49(c)(9)(B)*

*/s/ Scott Michelman*
Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)
Michael Perloff (D.C. Bar # 1601047)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
smichelman@acludc.org

*/s/ Jacob S. Kreilkamp*
Jacob S. Kreilkamp (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Tel.: 213-683-9260
Fax: 213-593-2960
jacob.kreilkamp@mto.com

*/s/ Rachel G. Miller-Ziegler*
Rachel G. Miller-Ziegler (D.C. Bar # 229956)
Brendan B. Gants (D.C. Bar # 1031419)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington DC, 20014
Tel.: (202) 220-1100
rachel.miller-ziegler@mto.com

*Counsel for Plaintiffs*

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
pamela.disney@dc.gov
andy.saindon@dc.gov

*Counsel for Defendants*