UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> QUINCY BOOTH, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-849 (CKK) |

## JOINT MOTION FOR FINAL ORDER OF APPROVAL AND SETTLEMENT

Pursuant to Rules 7(b) and 23(e) of the Federal Rules of Civil Procedure, the Parties jointly move for entry of an Order finally approving the Settlement Agreement. As set forth in the accompanying memorandum of points and authorities, the settlement reached by the Parties in this case is fair, reasonable, and adequate and in the best interest of all members of the settlement class. Accordingly, the Parties request that the Court grant this motion for final approval of their Settlement Agreement and enter the Proposed Order accompanying this motion.

Dated:  April 5, 2022.

Respectfully submitted,

/s/ Zoé Friedland
Zoé E. Friedland (Bar ID D00516)
Jonathan W. Anderson (D.C. Bar # 475306)
Hanna Perry*
Public Defender Service for the District of Columbia
633 Indiana Avenue N.W.
Washington, D.C. 20004
Tel. 202-824-2524
Fax 202-824-2525
*Member NY Bar; Practicing in DC under DC App. R. 49(c)(9)(B)

/s/ Scott Michelman
Scott Michelman (D.C. Bar # 1006945)
Arthur B. Spitzer (D.C. Bar # 235960)

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Micah Bluming
MICAH BLUMING [1618961]
PAMELA DISNEY [1601225]
Assistant Attorneys General

Michael Perloff (D.C. Bar # 1601047)
American Civil Liberties Union Foundation
    of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel. 202-457-0800
smichelman@acludc.org

/s/ Jacob S. Kreilkamp
Jacob S. Kreilkamp (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Tel.: 213-683-9260
Fax: 213-593-2960
jacob.kreilkamp@mto.com

/s/ Rachel G. Miller-Ziegler
Rachel G. Miller-Ziegler (D.C. Bar # 229956)
Brendan B. Gants (D.C. Bar # 1031419)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington DC, 20014
Tel.: (202) 220-1100
rachel.miller-ziegler@mto.com

*Counsel for Plaintiffs*

ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)
micah.bluming@dc.gov
pamela.disney@dc.gov
andy.saindon@dc.gov

*Counsel for Defendants*