UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>QUINCY BOOTH, in his official capacity as Director of the District of Columbia Department of Corrections, *et al.*,<br><br>     Defendants. | No. 1:20-cv-849 (CKK) |

### ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT
(April 12, 2022)

Upon consideration of the Parties' [191] Joint Motion for Final Approval of Settlement, the submissions of the Parties relating to the proposed settlement, the written and oral objections thereto, the arguments of counsel at the Final Fairness Hearing on April 12, 2022, the entire record of this case, and for the reasons in the accompanying Memorandum Opinion, it is this 12th day of April 2022 hereby **ORDERED:**

The Parties' [191] Motion for Final Approval of Class Action Settlement is **GRANTED.** The Settlement Agreement is fair, reasonable, and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure, is in the best interest of the Settlement Class, and is the product of informed, arm's length negotiation by counsel.

The Court has jurisdiction over the subject matter of this lawsuit, the Parties, and all members of the Class. The Court retains jurisdiction over this action for the limited duration of the Settlement Agreement, which expires on August 14, 2022. The Court accepts the Parties' stipulation that the Settlement Agreement is not a consent decree. The Court further

accepts the Parties' agreement as to 18 U.S.C. § 3626(a)(1)(A) and makes all necessary findings to retain jurisdiction for the enforcement of the Settlement Agreement over its limited duration.

All Class Members shall be bound by all determinations and judgments concerning the Settlement Agreement and the settlement contemplated thereby.

**SO ORDERED**.

April 12, 2022

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge