# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD BANKS,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **QUINCY BOOTH,** *et al.*, <br><br> *Defendants*. | Civil Action No. 20-849 (CKK) |

## STIPULATION OF DISMISSAL

Plaintiffs Edward Banks, D'Angelo Phillips, Keon Jackson, and Eric Smith and Defendants Thomas Faust and Wanda Patten hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims.

Dated: August 31, 2022
       Washington, D.C.

                */s/ Zoé Friedland*
                Zoé E. Friedland (Bar ID D00516)
                Jonathan W. Anderson (D.C. Bar # 475306)
                Hanna Perry*
                Public Defender Service for the District of Columbia
                633 Indiana Avenue N.W.
                Washington, D.C. 20004
                Tel. 202-824-2524
                Fax 202-824-2525
                *\*Member NY Bar; Practicing in DC under*
                *DC App. R. 49(c)(9)(B)*

                */s/ Scott Michelman*
                Scott Michelman (D.C. Bar # 1006945)
                Arthur B. Spitzer (D.C. Bar # 235960)
                Michael Perloff (D.C. Bar # 1601047)
                American Civil Liberties Union Foundation
                    of the District of Columbia
                915 15th Street NW, Second Floor

Washington, D.C. 20005
Tel. 202-457-0800
smichelman@acludc.org

/s/ *Jacob S. Kreilkamp*
Jacob S. Kreilkamp (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071-3426
Tel.: 213-683-9260
Fax: 213-593-2960
jacob.kreilkamp@mto.com

*/s/ Rachel G. Miller-Ziegler*
Rachel G. Miller-Ziegler (D.C. Bar # 229956)
Brendan B. Gants (D.C. Bar # 1031419)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington DC, 20014
Tel.: (202) 220-1100
rachel.miller-ziegler@mto.com

*Counsel for Plaintiffs*


KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Micah Bluming*
MICAH BLUMING [1618961]
Assistant Attorney General
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100 Washington, D.C. 20001
(202) 724-7272
(202) 730-1833 (fax)

micah.bluming@dc.gov
andy.saindon@dc.gov

*Counsel for Defendants*