# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD BANKS, *et al.*, <br>     Plaintiffs <br> v. <br> QUINCY BOOTH, *et al.*, <br>     Defendant | Civil Action No. 20-0849 (CKK) |

**ORDER**
(September 1, 2022)

In light of the [194] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 1st day of September 2022, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge